# IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE

| | | |
|---|---|---|
| D.F. CHASE, INC. et al., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2019-221 |
| | ) | |
| CUMMINGS MANOOKIAN PLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

## DECLARATION OF BRIAN MANOOKIAN

---

Pursuant to Tennessee Rule of Civil Procedure, Brian Manookian declares as follows.

1.      I am an adult over the age of eighteen and am competent to make this declaration. I have personal knowledge of the matters stated herein.

2.      In January of 2015, I formed the law firm Cummings Manookian with Brian Cummings. The firm consisted of two lawyers – Brian Manookian and Brian Cummings – who served as partners in the firm. Cummings Manookian focused on plaintiff's side law with a particular specialty in medical malpractice cases.

3.      In May of 2018, I was asked by Marty and Melissa Fitzgerald to represent them in a case involving the death of their seventeen-year-old daughter in a motor vehicle accident. I agreed to do so, and they entered into a standard Cummings Manookian engagement agreement retaining me as their lawyer.

4.      The engagement agreement provided that both the client and Cummings Manookian had the right to terminate their relationship.

1

a. In the event that the client terminated the relationship, the client remained responsible for all costs and expenses incurred prior to the termination, and Cummings Manookian would be entitled to receive from the proceeds of any recovery a reasonable fee for the work performed based upon the amount of time required, the complexity of the matter, the time frame within which the work was performed, and the results obtained.

b. Conversely, if Cummings Manookian terminated the relationship, the engagement agreement provided that Cummings Manookian would only be entitled to receive advanced costs.

5. On September 4, 2018, Brian Cummings provided written notice of his voluntary withdrawal as a member of Cummings Manookian. On October 4, 2018, Brian Cummings formally left the firm as a member, partner, and attorney.

6. On September 21, 2018, I was temporarily suspended from the practice of law with an effective date of December 7, 2018. Pursuant to applicable Rules of Professional Conduct, on October 11, 2018, I moved to withdraw as counsel in the Fitzgerald matter.

7. On December 7, 2018, I gave written notice to the Fitzgeralds of my withdrawal and the withdrawal of Cummings Manookian as their counsel, and to request in writing that they obtain another firm or attorney to represent them. Pursuant to the terms of the engagement agreement, Cummings Manookian specifically disclaimed any portion of an attorney's fee, but exercised its right to reimbursement for all advanced costs and expenses, which I estimated to be less than three thousand dollars ($3,000).

8. Because Brian Cummings had left the firm, and I was suspended from the practice of law, Cummings Manookian ceased operating as a law firm and its cases were transferred to

2

other firms and attorneys capable of handling those specific matters. A number of the medical malpractice cases were taken on by Brian Cummings with Cummings Law given his expertise and experience in the field. The Fitzgeralds elected not to retain Brian Cummings and instead retained Afsoon Hagh of Hagh Law to pursue their case. Afsoon Hagh has significant experience in trying motor vehicle accident cases (such as the Fitzgerald matter) to juries in Tennessee.

9.      Afsoon Hagh and Hagh Law subsequently settled the Fitzgerald case on behalf of the Plaintiffs.

10.     I informed Receiver Phillip Young no later than August 27, 2019, that Cummings Manookian may be entitled to reimbursement of advanced expenses and costs in the Fitzgerald case but that it was not entitled to any portion of an attorney's fee award.

11.     On September 17, 2019, I met with Receiver Phillip Young and provided him with the engagement agreement as well as notice of termination in the Fitzgerald Case. Mr. Young had actual knowledge by September 17, 2019 that the engagement agreement provided that Cummings Manookian would only be entitled to reimbursement of advanced expenses in the event that Cummings Manookian terminated its representation. Likewise, Mr. Young had actual knowledge that Cummings Manookian had terminated its representation of the Fitzgeralds.

12.     On November 6, 2019, Cummings Manookian filed for bankruptcy in the United States Bankruptcy Court for the Middle District of Tennessee. As a result of that filing a Chapter 7 Trustee was appointed to handle Cummings Manookian's affairs and collections and other actions against Cummings Manookian were automatically stayed.

13.     At no time during Cummings Manookian's representation of the Fitzgeralds was an offer to settle the matter received. Cummings Manookian did not effectuate any settlement of the case or the payment of monies to the Fitzgeralds.

14.    Between May 2018 when the Fitzgeralds retained Cummings Manookian and December 2018 when Cummings Manookian terminated the relationship, I was the sole attorney actively working on the case. Brian Cummings did not participate in any way in the case.

15.    I spent no more than 160 hours working on the Fitzgerald case during the time that they were represented by Cummings Manookian. While Cummings Manookian is not entitled to any portion of an attorney's fee award in that matter, if the Court were to require payment to Cummings Manookian, I believe a reasonable rate for my time would be $300 per hour.

16.    I believe $300 per hour is a fair rate for my time based upon my education, skill, and experience. I am a 2007 graduate of Vanderbilt Law School where I served on Law Review. I specialize in plaintiff's cases. By May of 2018, I had personally recovered tens of millions of dollars as lead counsel on behalf of injured plaintiffs in Tennessee, including millions of dollars for victims of motor vehicle accidents.

17.    Cummings Manookian has no agreement or contract with Hagh Law requiring that Hagh Law pay any portion of any attorney's fee in the Fitzgerald matter to Cummings Manookian.


I declare under penalty of perjury the foregoing is true and correct.


Brian Manookian          December 4, 2019


4

LAW OFFICE

## JEANNE ANN BURTON, PLLC

4117 HILLSBORO PIKE, SUITE 103-116

NASHVILLE, TENNESSEE 37215

JEANNE ANN BURTON                                    TELEPHONE  (615) 678-6960
EMAIL: jeanne.burton@comcast.net

January 2, 2020

**Certified Mail and U.S. Mail**

Afsoon Hagh, Esq.
Hagh Law PLLC
45 Music Square West
Nashville, TN 37203


RE: Cummings Manookian, PLLC
Bankruptcy Case No: 319-07235-CW-7

Dear Ms. Hagh,

I am the Chapter 7 Trustee in the Bankruptcy case  referenced above, filed on November 6, 2019.
I am aware of the complaint for damages and declaratory relief  you filed  on December 19, 2019
in the Davidson County Circuit Court (Case No. 19C2966). Please see the attached Suggestion of
Bankruptcy to be filed in the case.

I know you were aware of the bankruptcy filing prior to filing the above referenced complaint
since John Spragens represented Hagh Law in a hearing before Judge David Allen on December
10, 2019.

I request that you promptly dismiss the case against the Debtor, with prejudice, and provide me
with notice of same.

Sincerely,

Jeanne Ann Burton, Trustee

enc.

Ex. C

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE

| | |
|---|---|
| HAGH LAW PLLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 19C2966 |
| | ) |
| PHILLIP YOUNG, CUMMINGS | ) |
| MANOOKIAN PLC, HAMMERVOLD | ) |
| PLC, | ) |
| | ) |
| | ) |
| Defendants, | ) |
| | ) |

## SUGGESTION OF BANKRUPTCY AS TO
## DEFENDANT CUMMINGS MANOOKIAN, PLLC

Comes now Jeanne Ann Burton, Chapter 7 Trustee of Cummings Manookian, PLLC (the "Trustee"), and hereby notifies this Court and all parties that Cummings Manookian, PLLC filed a voluntary Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Middle District of Tennessee, Case No. 3:19-bk-07235, on November 6, 2019, prior to the filing of the Complaint on December 19, 2019. Trustee respectfully submits this post-petition action is stayed as to Cummings Manookian, PLLC, pursuant to 11 U.S.C. §362 unless and until ordered otherwise by the Bankruptcy Court.

This document is being filed for informational purposes only, and does not constitute a notice of appearance by the Trustee.

Upon information and belief, Cummings Manookian, PLLC and Cummings Manookian PLC are one and the same entity.

Respectfully submitted,

Jeanne Ann Burton, Trustee
4117 Hillsboro Pike, Suite 103-116
Nashville, TN 37215
Telephone: 615.678.6960

## CERTIFICATE OF SERVICE

I hereby certify that, on _Mar. 2 2020_, a true and exact copy of the foregoing was served via the Court's electronic case filing system and/or U. S. Mail, postage prepaid, to:

Afsoon Hagh, Esq.
Hagh Law PLLC
45 Music Square West
Nashville, TN 37203

Mark Hammervold, Esq.
Hammervold PLC
1758 N. Artesian Ave.
Chicago, IL 60647-5311

Phillip Young
Thompson Burton PLLC
One Franklin Park
6100 Tower Cir., Ste. 200
Franklin, TN 37067

Jeanne Ann Burton, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 3:19-bk-07235** |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| Debtor. | ) | |

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

Pursuant to Rules 2002, 4001 and 9010 of the Federal Rules of Bankruptcy Procedure and any other applicable provisions of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code or Local Rules, the undersigned attorney who represents Afsoon Hagh and Hagh Law, PLLC hereby requests that any notice that must be or is sent to any creditor, any official committee or any other party in interest in or related to this case (whether sent by the Court, the U.S. Trustee, the Trustee or any person or other entity involved in the case) also be sent to the following:

> Craig V. Gabbert, Jr. (BPR 004702)
> Bass, Berry & Sims PLC
> 150 Third Ave. S., Suite 2800
> Nashville, TN 37201
> (615) 742-6277
> cgabbert@bassberry.com

This request includes, without limitation, all orders, proposed orders, notices (including notices of any and all proposed abandonments, sales of property or other actions), applications, motions, petitions, pleadings, requests, complaints, demands, plans and disclosure statements, whether formal, informal, written or oral.

Pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, it is further requested that the names and addresses of said party in interest and attorneys be used and added to the Court's master mailing list(s).

Respectfully submitted,

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr. (BPR 004702)
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6277
cgabbert@bassberry.com

*Attorney for Afsoon Hagh and*
*Hagh Law, PLLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed January 31, 2020, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ Craig V. Gabbert, Jr.

27763986.1

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.  3:19−bk−07235
Chapter 7
Judge  Charles M Walker

In Re:
   CUMMINGS MANOOKIAN, PLLC
   45 MUSIC SQUARE WEST
   NASHVILLE, TN 37203
Social Security No.

Employer's Tax I.D. No.
   47−2636732

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 2/18/20 at 10:00 AM

to consider and act upon the following:

*35* − Motion For Sanctions for Violation of the Automatic Stay Certificate of Service mailed on 1/31/2020. Filed on the behalf of: Trustee JEANNE ANN BURTON. (BURTON, JEANNE)

Dated: 2/3/20                                    /s/ TERESA C. AZAN
                                                 Clerk, U.S. Bankruptcy Court

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

IN RE:                      )

                                )        **Case No. 3:19-bk-07235**

**CUMMINGS MANOOKIAN, PLLC,**     )        **Chapter 7**

                                )        **Judge Walker**

        **Debtor.**               )

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

Pursuant to Rules 2002, 4001 and 9010 of the Federal Rules of Bankruptcy Procedure and any other applicable provisions of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code or Local Rules, the undersigned attorney who represents Afsoon Hagh and Hagh Law, PLLC hereby requests that any notice that must be or is sent to any creditor, any official committee or any other party in interest in or related to this case (whether sent by the Court, the U.S. Trustee, the Trustee or any person or other entity involved in the case) also be sent to the following:

> Glenn B. Rose (BPR 010598)
> Bass, Berry & Sims PLC
> 150 Third Ave. S., Suite 2800
> Nashville, TN 37201
> (615) 742-6200
> grose@bassberry.com

This request includes, without limitation, all orders, proposed orders, notices (including notices of any and all proposed abandonments, sales of property or other actions), applications, motions, petitions, pleadings, requests, complaints, demands, plans and disclosure statements, whether formal, informal, written or oral.

Pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, it is further requested that the names and addresses of said party in interest and attorneys be used and added to the Court's master mailing list(s).

Respectfully submitted,

/s/ Glenn B. Rose
Craig V. Gabbert, Jr. (BPR 004702)
Glenn B. Rose (BPR 010598)
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6200
cgabbert@bassberry.com
grose@bassberry.com

*Attorney for Afsoon Hagh and*
*Hagh Law, PLLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed February 4, 2020, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ Glenn B. Rose

27765641.1

In re:                                                    Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3        User: leq0323        Page 1 of 1          Date Rcvd: Feb 03, 2020
                           Form ID: hrgnot       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
db              +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205
intp            +Afsoon Hagh,   45 Music Square W,   Nashville, TN 37203-3205
                +HAGH LAW PLLC,   ATTN AFSOON HAGH, ESQ,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205
                +JOHN SPRAGENS, ESQ,   ATTORNEY FOR HAGH LAW PLLC AND,   AFSOON HAGH,   SPRAGENS LAW PLC,
                 311 22ND AVE N,   NASHVILLE, TN 37203-1843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              E-mail/Text: jeanne.burton@comcast.net Feb 04 2020 02:43:16      JEANNE ANN BURTON,
                 Jeanne Ann Burton PLLC,   4117 Hillsboro Pk,   Suite 103-116,   NASHVILLE, TN  37215
                                                                                            TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2020 at the address(es) listed below:
          CRAIG VERNON GABBERT, JR   on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR   on behalf of Interested Party   Hagh Law, PLLC cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR   on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR   on behalf of Defendant   Hagh Law PLLC cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          DANIEL HAYS PURYEAR   on behalf of Creditor   D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
           paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR   on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
           paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR   on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
           paralegalgroup@puryearlawgroup.com
          HARRY R CASH   on behalf of Creditor    Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
           hdowney@gkhpc.com
          JEANNE ANN BURTON    TN24@ecfcbis.com
          JOHN TATE SPRAGENS   on behalf of Defendant   Hagh Law PLLC JOHN@SPRAGENSLAW.COM
          JOHN TATE SPRAGENS   on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
          LEFKOVITZ AND LEFKOVITZ, PLLC   on behalf of Debtor   CUMMINGS MANOOKIAN, PLLC
           slefkovitz@lefkovitz.com,
           stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;kyle@lefkovitz.com;lefkovitzcvle
           cf@lefkovitz.com;r52946@notify.bestcase.com;receptionist@lefkovitz.com;mspezia@lefkovitz.com;shin
           es@lefkovitz.com
          PHILLIP G YOUNG   on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
          PHILLIP G YOUNG   on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
          PHILLIP L NORTH   on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
          PHILLIP L NORTH   on behalf of Creditor   Middle Tennessee Pulmonary pn@npr.legal
          PHILLIP L NORTH   on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
          PHILLIP L NORTH   on behalf of Creditor George  Robertson, M.D. pn@npr.legal
          US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                          TOTAL: 19

240

Form hrgnot

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.  3:19−bk−07235
Chapter 7
Judge  Charles M Walker

In Re:
    CUMMINGS MANOOKIAN, PLLC
    45 MUSIC SQUARE WEST
    NASHVILLE, TN 37203
Social Security No.

Employer's Tax I.D. No.
    47−2636732

PLEASE TAKE NOTICE that a hearing will be held at:

Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 2/18/20 at 10:00 AM

to consider and act upon the following:

*35* − Motion For Sanctions for Violation of the Automatic Stay Certificate of Service mailed on 1/31/2020. Filed on the behalf of: Trustee JEANNE ANN BURTON. (BURTON, JEANNE)

Dated: 2/3/20                            /s/ TERESA C. AZAN
                                        Clerk, U.S. Bankruptcy Court

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF TN.

IN RE: )
)
CUMMINGS MANOOKIAN, PLLC )      Case No: 3:19-bk-07235
)      Chapter 7
)      Judge Walker
Debtor. )

---

## BRIAN MANOOKIAN'S RESPONSE TO TRUSTEE'S MOTION TO COMPEL

---

Brian Manookian, as the owner of the Debtor (Cummings Manookian, PLC), files this Response to Trustee's Motion to Compel.

1.    The Trustee represents that she has made repeated requests for the documents for which she seeks a turnover. That representation is false. In fact, her Motion to Compel is the first request for a number of the documents she identifies, and such a request could and should have been made via correspondence rather than unnecessary motion practice.

2.    Mr. Manookian has been working and will continue to work proactively with the Trustee to identify and secure any documents in his possession, custody, or control that the Trustee requests. With respect to each of the specific categories of documents, Mr. Manookian responds as follows:

a-c.    Mr. Manookian does not possess any bank statements, credit card statements, or tax returns and schedules for Cummings Manookian that he has not already turned over. Brian Cummings was responsible for the Debtor's banking and financial operations. Mr. Manookian is happy to help coordinate between the

1

Trustee, Brian Cummings, and any other third-parties to secure the materials she desires.

d-i.     Mr. Manookian is working to identify and secure these case specific documents. He believes he can complete the task within the next thirty (30) days. With respect to documents evidencing expenses advanced on behalf of clients, Mr. Manookian believes some of those materials may reveal attorney work-product by identifying non-testifying consulting experts. Mr. Manookian will work with the Trustee to devise a method of providing her those materials without revealing potentially privileged information regarding clients' cases.

j.     Mr. Manookian has requested a copy of the subject lease and will provide it promptly to the Trustee upon receipt.

k.     Mr. Manookian does not have any documents evidencing the Debtor's purchase or ownership of equipment, furnishings or other personal property.

l.     Mr. Manookian is working to identify any such vendors, however, the Debtor primarily conducted business in one-off transactions with individuals such as expert witnesses and court reporters.

m.     This request is overly broad and unduly burdensome. Mr. Manookian has voluminous correspondence with Grant, Konvalinka & Harrison discussing litigation strategy and other issues both unrelated to this matter and likely privileged. Mr. Manookian has no objection to providing the Trustee with signed engagement letters, disengagement letters, and invoices.

WHEREFORE, Mr. Manookian does not oppose the overwhelming majority of the Trustee's requests and will work with the Trustee to promptly secure and turn over the sought materials. For those materials outside of Mr. Manookian's possession, custody, or control, Mr. Manookian will identify for the Trustee the individuals or entities who are likely to have such materials.

Respectfully submitted,

Brian Manookian
45 Music Square West
Nashville, TN 37203
T: 615.266.3333
F: 615.266.0250

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Response was electronically served via the ECF filing system to the following individuals on December February 7, 2020:

Jeanne Ann Burton, Trustee
Jeanne Ann Burton PLLC
4117 Hillsboro Pk Ste 103-116
Nashville, TN 37215

United States Trustee
701 Broadway, Customs House, Suite 318
Nashville, TN 37203

Phillip G. Young
Thompson Burton PLLC
One Franklin Park
6100 Tower Cir., Ste 200
Franklin, TN 37067

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

|                          |   |                      |
|--------------------------|---|----------------------|
|                          | } | Case No. 3:19-bk-07235 |
| CUMMINGS MANOOKIAN, PLLC | } |                      |
| 45 MUSIC SQUARE WEST     | } | Chapter 7            |
| NASHVILLE, TN 37203      | } |                      |
| SSN: 47-2636732          | } | Judge Walker         |

Debtor(s).

### RESPONSE OF THE DEBTOR(S) TO THE MOTION AND NOTICE TO COMPEL TURNOVER OF RECORDS BY CHAPTER 7 TRUSTEE

Comes the Debtor(s), through counsel, and for response to the Motion and Notice to Compel Turnover of Records by Chapter 7 Trustee, and would object to said motion. In support, Brian Manookian, as an individual and party in interest, has filed a response to the Motion and Notice to Compel Turnover of Records (Docket No. 41). Debtor is willing to cooperate with the Chapter 7 Trustee's request for records as set forth in said response. As such, to the extent there is any question as to documents that the Debtor can and is willing to turn over, Debtor incorporates and adopts by reference the response filed by Brian Manookian (Docket No. 41) that details out his ability to effectuate such request.

Wherefore, the Debtor(s), prays that the Motion filed herein be dismissed with costs, if any, taxed to the Movant.

Respectfully submitted,

/s/Steven L. Lefkovitz
Steven L. Lefkovitz, No. 5953
Attorney for Debtor
618 Church Street, Ste 410
Nashville, TN 37219
615-256-8300
615-255-4516 fax
slefkovitz@lefkovitz.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was sent to all other parties of interest to receive notice electronically via CM/ECF on February 7, 2020.

/s/ Steven L. Lefkovitz
Steven L. Lefkovitz

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

IN RE:                      )

                            )        **Case No. 3:19-bk-07235**

**CUMMINGS MANOOKIAN, PLLC,**    )        **Chapter 7**

                            )        **Judge Walker**

         **Debtor.**           )

---

## [PROPOSED] AGREED ORDER

---

This case is before the Court on the Trustee's Motion for Sanctions for Violation of the Automatic Stay Provisions of 11 U.S.C. §362(a) ("Motion for Sanctions")(Docket No. 35) seeking sanctions against Afsoon Hagh and Hagh Law PLLC for violation of the automatic stay provisions of 11 U.S.C. §362(a) by filing a complaint in the Circuit Court for Davidson County, Tennessee, *Hagh Law PLLC v. Phillip Young, Cummings Manookian PLC and Hammervold PLC*, Docket #19C2966 ("Complaint").  It appears to the Court from signature below that the Complaint was voluntarily dismissed and that based on the dismissal, the Trustee and Counsel for Afsoon Hagh and Hagh Law PLLC have agreed the Motion for Sanctions is moot,

IT IS THEREFORE ORDERED that:

1.      the Trustee's Motion for Sanctions for Violation of the Automatic Stay Provisions of 11 U.S.C. §362(a) ("Motion for Sanctions")(Docket No. 35) is hereby moot; and,

2.      the hearing scheduled for February 18, 2020 at 10:00 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 is cancelled.

<div align="center">THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY<br>AS INDICATED AT THE TOP OF THE FIRST PAGE.</div>

Submitted for entry by:

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr. (BPR 004702)
Glenn B. Rose (BPR 010598)
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6200
cgabbert@bassberry.com
grose@bassberry.com

*Attorneys for Afsoon Hagh and*
*Hagh Law, PLLC*

and

/s/ Jeanne Ann Burton
Jeanne Ann Burton, Trustee
417 Hillsboro Pike, Suite 103-116
Nashville, TN 37215
Telephone: 615.678.6960
Jeanne.burton@comcast.net

<div align="center">

## CERTIFICATE OF SERVICE

</div>

The undersigned hereby certifies that the foregoing was filed February 7, 2020, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ Craig V. Gabbert, Jr.

27797383.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

IN RE: )
)
**CUMMINGS MANOOKIAN, PLLC,** ) **Case No. 3:19-bk-07235**
    **Debtor.** ) **Chapter 7**
) **Judge Walker**

---

## JOINT MOTION TO CONTINUE HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

Come now Jeanne Ann Burton, Trustee (the "Trustee") and Cummings Manookian, PLLC (the "Debtor), by and through counsel, and jointly request a two week continuance of the hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion"). In support for this request, the parties state that the Debtor is working on gathering the requested documents and that an additional two weeks should help minimize any issues that must be discussed with the Court.

Accordingly, counsel for the Trustee and the Debtor have agreed that it is appropriate to continue the hearing on the Motion until for two weeks. Therefore, the parties request that the hearing currently scheduled for February 18, 2020 at 10:00 a.m. be reset on March 3, 2020.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

/s/ Steven L. Lefkovitz
Steven L. Lefkovitz
Lefkovitz & Lefkovitz
618 Church Street, #410
Nashville, TN 37219
Tel: (615) 256-8300
slefkovitz@lefkovitz.com

Counsel for the Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

---

**AGREED ORDER CONTINUING HEARING ON**
**TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS**

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on February 18, 2020. Upon consideration of the Joint Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee and the Debtor, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on February 18, 2020 at 10:00 a.m. is hereby be reset to _____, 2020 at _____ a.m. in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee



/s/ Steven L. Lefkovitz
Steven L. Lefkovitz
Lefkovitz & Lefkovitz
618 Church Street, #410
Nashville, TN 37219
Tel: (615) 256-8300
slefkovitz@lefkovitz.com

Counsel for the Debtor



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 2/13/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 3:19-bk-07235** |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| Debtor. | ) | |

---

## ~~[PROPOSED]~~ AGREED ORDER

---

This case is before the Court on the Trustee's Motion for Sanctions for Violation of the Automatic Stay Provisions of 11 U.S.C. §362(a) ("Motion for Sanctions")(Docket No. 35) seeking sanctions against Afsoon Hagh and Hagh Law PLLC for violation of the automatic stay provisions of 11 U.S.C. §362(a) by filing a complaint in the Circuit Court for Davidson County, Tennessee, *Hagh Law PLLC v. Phillip Young, Cummings Manookian PLC and Hammervold PLC*, Docket #19C2966 ("Complaint"). It appears to the Court from signature below that the Complaint was voluntarily dismissed and that based on the dismissal, the Trustee and Counsel for Afsoon Hagh and Hagh Law PLLC have agreed the Motion for Sanctions is moot,

IT IS THEREFORE ORDERED that:

1.      the Trustee's Motion for Sanctions for Violation of the Automatic Stay Provisions of 11 U.S.C. §362(a) ("Motion for Sanctions")(Docket No. 35) is hereby moot; and,

2.      the hearing scheduled for February 18, 2020 at 10:00 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 is cancelled.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

Submitted for entry by:

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr. (BPR 004702)
Glenn B. Rose (BPR 010598)
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6200
cgabbert@bassberry.com
grose@bassberry.com

*Attorneys for Afsoon Hagh and
Hagh Law, PLLC*

and

/s/ Jeanne Ann Burton
Jeanne Ann Burton, Trustee
417 Hillsboro Pike, Suite 103-116
Nashville, TN 37215
Telephone: 615.678.6960
Jeanne.burton@comcast.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed February 7, 2020, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ Craig V. Gabbert, Jr.

27797383.1

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 2/13/2020



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

IN RE:                       )

                                 )

**CUMMINGS MANOOKIAN, PLLC,**  )  **Case No. 3:19-bk-07235**
     **Debtor.**                    )  **Chapter 7**
                                 )  **Judge Walker**

---

### AGREED ORDER CONTINUING HEARING ON
### TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on February 18, 2020. Upon consideration of the Joint Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee and the Debtor, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on February 18, 2020 at 10:00 a.m. is hereby be reset to ___March 3_____, **2020 at** _9:00_**a.m.**    in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

<div style="border:1px solid black; text-align:center">

THE ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE

</div>

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee



/s/ Steven L. Lefkovitz
Steven L. Lefkovitz
Lefkovitz & Lefkovitz
618 Church Street, #410
Nashville, TN 37219
Tel: (615) 256-8300
slefkovitz@lefkovitz.com

Counsel for the Debtor

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

255

```
In re:                                                    Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                                  Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0650-3        User: anm0611         Page 1 of 1          Date Rcvd: Feb 13, 2020
                            Form ID: pdf001        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
```
db              +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                          TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:
```
        CRAIG VERNON GABBERT, JR    on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
         bankr@bassberry.com;delores.walker@bassberry.com
        CRAIG VERNON GABBERT, JR    on behalf of Interested Party   Hagh Law, PLLC cgabbert@bassberry.com,
         bankr@bassberry.com;delores.walker@bassberry.com
        CRAIG VERNON GABBERT, JR    on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
         bankr@bassberry.com;delores.walker@bassberry.com
        CRAIG VERNON GABBERT, JR    on behalf of Defendant    Hagh Law PLLC cgabbert@bassberry.com,
         bankr@bassberry.com;delores.walker@bassberry.com
        DANIEL HAYS PURYEAR    on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
         paralegalgroup@puryearlawgroup.com
        DANIEL HAYS PURYEAR    on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
         paralegalgroup@puryearlawgroup.com
        DANIEL HAYS PURYEAR    on behalf of Creditor   D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
         paralegalgroup@puryearlawgroup.com
        GLENN BENTON ROSE    on behalf of Interested Party Afsoon  Hagh grose@bassberry.com,
         bankr@bassberry.com
        GLENN BENTON ROSE    on behalf of Defendant Afsoon  Hagh grose@bassberry.com,  bankr@bassberry.com
        GLENN BENTON ROSE    on behalf of Defendant   Hagh Law PLLC grose@bassberry.com,
         bankr@bassberry.com
        GLENN BENTON ROSE    on behalf of Interested Party   Hagh Law, PLLC grose@bassberry.com,
         bankr@bassberry.com
        HARRY R CASH    on behalf of Creditor   Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
         hdowney@gkhpc.com
        JEANNE ANN BURTON    TN24@ecfcbis.com
        JOHN TATE SPRAGENS    on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
        JOHN TATE SPRAGENS    on behalf of Defendant   Hagh Law PLLC JOHN@SPRAGENSLAW.COM
        LEFKOVITZ AND LEFKOVITZ, PLLC   on behalf of Debtor   CUMMINGS MANOOKIAN, PLLC
         slefkovitz@lefkovitz.com,
         stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;kyle@lefkovitz.com;lefkovitzcvle
         cf@lefkovitz.com;r52946@notify.bestcase.com;receptionist@lefkovitz.com;mspezia@lefkovitz.com;shin
         es@lefkovitz.com
        PHILLIP G YOUNG    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
        PHILLIP G YOUNG    on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
        PHILLIP L NORTH    on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
        PHILLIP L NORTH    on behalf of Creditor   Middle Tennessee Pulmonary pn@npr.legal
        PHILLIP L NORTH    on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
        PHILLIP L NORTH    on behalf of Creditor George  Robertson, M.D. pn@npr.legal
        US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                          TOTAL: 23
```

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 2/13/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 3:19-bk-07235** |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| Debtor. | ) | |

## [PROPOSED] AGREED ORDER

This case is before the Court on the Trustee's Motion for Sanctions for Violation of the Automatic Stay Provisions of 11 U.S.C. §362(a) ("Motion for Sanctions")(Docket No. 35) seeking sanctions against Afsoon Hagh and Hagh Law PLLC for violation of the automatic stay provisions of 11 U.S.C. §362(a) by filing a complaint in the Circuit Court for Davidson County, Tennessee, *Hagh Law PLLC v. Phillip Young, Cummings Manookian PLC and Hammervold PLC*, Docket #19C2966 ("Complaint"). It appears to the Court from signature below that the Complaint was voluntarily dismissed and that based on the dismissal, the Trustee and Counsel for Afsoon Hagh and Hagh Law PLLC have agreed the Motion for Sanctions is moot,

IT IS THEREFORE ORDERED that:

1. the Trustee's Motion for Sanctions for Violation of the Automatic Stay Provisions of 11 U.S.C. §362(a) ("Motion for Sanctions")(Docket No. 35) is hereby moot; and,

2. the hearing scheduled for February 18, 2020 at 10:00 AM in Courtroom 2, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 is cancelled.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

Submitted for entry by:

/s/ Craig V. Gabbert, Jr.
Craig V. Gabbert, Jr. (BPR 004702)
Glenn B. Rose (BPR 010598)
Bass, Berry & Sims PLC
150 Third Ave. S., Suite 2800
Nashville, TN 37201
(615) 742-6200
cgabbert@bassberry.com
grose@bassberry.com

*Attorneys for Afsoon Hagh and
Hagh Law, PLLC*

and

/s/ Jeanne Ann Burton
Jeanne Ann Burton, Trustee
417 Hillsboro Pike, Suite 103-116
Nashville, TN 37215
Telephone: 615.678.6960
Jeanne.burton@comcast.net

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed February 7, 2020, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system.

/s/ Craig V. Gabbert, Jr.

27797383.1

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                           Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                                         Chapter 7
         Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0650-3          User: anm0611          Page 1 of 1          Date Rcvd: Feb 13, 2020
                             Form ID: pdf001         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db              +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205
intp            +BRIAN MANOOKIAN,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2020                          Signature:   /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              CRAIG VERNON GABBERT, JR   on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
              bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR   on behalf of Interested Party   Hagh Law, PLLC cgabbert@bassberry.com,
              bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR   on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
              bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR   on behalf of Defendant   Hagh Law PLLC cgabbert@bassberry.com,
              bankr@bassberry.com;delores.walker@bassberry.com
              DANIEL HAYS PURYEAR   on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
              paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR   on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
              paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR   on behalf of Creditor   D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
              paralegalgroup@puryearlawgroup.com
              GLENN BENTON ROSE   on behalf of Interested Party   Hagh Law, PLLC grose@bassberry.com,
              bankr@bassberry.com
              GLENN BENTON ROSE   on behalf of Interested Party Afsoon  Hagh grose@bassberry.com,
              bankr@bassberry.com
              GLENN BENTON ROSE   on behalf of Defendant Afsoon  Hagh grose@bassberry.com,  bankr@bassberry.com
              GLENN BENTON ROSE   on behalf of Defendant   Hagh Law PLLC grose@bassberry.com,
              bankr@bassberry.com
              HARRY R CASH   on behalf of Creditor   Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
              hdowney@gkhpc.com
              JEANNE ANN BURTON   TN24@ecfcbis.com
              JOHN TATE SPRAGENS   on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
              JOHN TATE SPRAGENS   on behalf of Defendant   Hagh Law PLLC JOHN@SPRAGENSLAW.COM
              LEFKOVITZ AND LEFKOVITZ, PLLC   on behalf of Debtor   CUMMINGS MANOOKIAN, PLLC
              slefkovitz@lefkovitz.com,
              stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;kyle@lefkovitz.com;lefkovitzcvle
              cf@lefkovitz.com;r52946@notify.bestcase.com;receptionist@lefkovitz.com;mspezia@lefkovitz.com;shin
              es@lefkovitz.com
              PHILLIP G YOUNG   on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
              PHILLIP G YOUNG   on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
              PHILLIP L NORTH   on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
              PHILLIP L NORTH   on behalf of Creditor   Middle Tennessee Pulmonary pn@npr.legal
              PHILLIP L NORTH   on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
              PHILLIP L NORTH   on behalf of Creditor George  Robertson, M.D. pn@npr.legal
              US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                          TOTAL: 23

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 2/13/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CUMMINGS MANOOKIAN, PLLC,** | ) **Case No. 3:19-bk-07235** |
| Debtor. | ) **Chapter 7** |
| | ) **Judge Walker** |

---

## AGREED ORDER CONTINUING HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on February 18, 2020. Upon consideration of the Joint Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee and the Debtor, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on February 18, 2020 at 10:00 a.m. is hereby be reset to __March 3__, 2020 at _9:00_ a.m. in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
### INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee



/s/ Steven L. Lefkovitz
Steven L. Lefkovitz
Lefkovitz & Lefkovitz
618 Church Street, #410
Nashville, TN 37219
Tel: (615) 256-8300
slefkovitz@lefkovitz.com

Counsel for the Debtor

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **CUMMINGS MANOOKIAN, PLLC,** | )    **Case No. 19-bk-07235** |
| | )    **Chapter 7** |
| Debtor. | ) |
| | )    **Judge Walker** |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

The United States Trustee for the Middle District of Tennessee, Region 8, through undersigned counsel, hereby files this Notice of Appearance in accordance with Federal Rules of Bankruptcy Procedure 2002 and 5005, and requests notice of all pleadings, documents and papers filed in this case, and all underlying and related proceedings. Pursuant to Local Rules of Court – Administrative Procedures for Electronic Case Filing, electronic notice should also be sent to: Megan.Seliber@usdoj.gov.

Paper mailing for the first pleading initiating a potential LBR 9013 contested matter must be sent in accordance with the FRBP to:

> **MEGAN SELIBER, Trial Attorney**
> **Office of the United States Trustee**
> **318 Customs House, 701 Broadway**
> **Nashville, TN 37203**

Respectfully Submitted,

/S/ MEGAN SELIBER
Megan Seliber, Trial Attorney
Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
Telephone:     (615) 695-4060
Fax:            (615) 736-2260
Email: Megan.Seliber@usdoj.gov

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |

---

## MOTION TO CONTINUE HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

Come now Jeanne Ann Burton, Trustee (the "Trustee"), by and through counsel, and requests a week continuance of the hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion"). In support for this request, the Trustee states that the Debtor has represented that it is working on gathering the requested documents, and that those documents will be delivered to the Trustee by March 9, 2020. The requested continuance will allow the Trustee to review the produced documents and determine whether any hearing is necessary.

Accordingly, the Trustee believes that it is appropriate to continue the hearing on the Motion until March 24, 2020. Therefore, the Trustee requests that the hearing currently scheduled for March 3, 2020 at 9:00 a.m. be reset on March 24, 2020 at 9:15 a.m.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been sent to all parties requesting notice via CM/ECF Electronic Filing on the 2nd day of March

/s/ Phillip G. Young, Jr.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

---

**ORDER CONTINUING HEARING ON
TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS**

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on March 3, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on March 3, 2020 at 9:00 a.m. is hereby be reset to _____, 2020 at _____ a.m. in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/3/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

---

## ORDER CONTINUING HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on March 3, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on March 3, 2020 at 9:00 a.m. is hereby be reset to ___March 24___, **2020 at** 9:15 **a.m.** in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE

---

267

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

```
In re:                                              Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                             Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0650-3        User: anm0611        Page 1 of 1        Date Rcvd: Mar 04, 2020
                            Form ID: pdf001       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db            +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
```
          CRAIG VERNON GABBERT, JR    on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Interested Party    Hagh Law, PLLC cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Defendant    Hagh Law PLLC cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          DANIEL HAYS PURYEAR    on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR    on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR    on behalf of Creditor   D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
          GLENN BENTON ROSE    on behalf of Interested Party    Hagh Law, PLLC grose@bassberry.com,
          bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Interested Party Afsoon  Hagh grose@bassberry.com,
          bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Defendant Afsoon  Hagh grose@bassberry.com, bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Defendant    Hagh Law PLLC grose@bassberry.com,
          bankr@bassberry.com
          HARRY R CASH    on behalf of Creditor    Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
          hdowney@gkhpc.com
          JEANNE ANN BURTON    TN24@ecfcbis.com
          JOHN TATE SPRAGENS    on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
          JOHN TATE SPRAGENS    on behalf of Defendant    Hagh Law PLLC JOHN@SPRAGENSLAW.COM
          LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor    CUMMINGS MANOOKIAN, PLLC
          slefkovitz@lefkovitz.com,
          stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
          2946@notify.bestcase.com;mspezia@lefkovitz.com
          MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov
          PHILLIP G YOUNG    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
          PHILLIP G YOUNG    on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
          PHILLIP L NORTH    on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor   Middle Tennessee Pulmonary pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor George  Robertson, M.D. pn@npr.legal
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                        TOTAL: 24
```



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/3/2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CUMMINGS MANOOKIAN, PLLC,** | ) **Case No. 3:19-bk-07235** |
| Debtor. | ) **Chapter 7** |
| | ) **Judge Walker** |

---

### ORDER CONTINUING HEARING ON
### TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on March 3, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on March 3, 2020 at 9:00 a.m. is hereby be reset to _March 24_____, 2020 at _9:15_ a.m. in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
### INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                              )
                                    )
CUMMINGS MANOOKIAN, PLLC            )     BK No. 319-07235-CW-7
                                    )
        Debtor(s)                   )
                                    )

## <u>AGREED ORDER FOR TURNOVER</u>

It appearing to the Court as evidenced by signature of Trustee and Counsel for Dean Chase, Sandra Chase and D.F. Chase, Inc. (the "Chase Parties"), that the parties agree that a portion of monies levied upon by Phillip Young, Receiver (the "Receiver"), in the case of <u>Dean Chase, Sandra Chase and D.F. Chase, Inc., v. Cummings Manookian PLC, et. al.</u>, No.: 2019-221, Circuit Court For Williamson County, Tennessee (the "State Court Action") to satisfy a sanctions judgment against the Debtor and others, is property in which the estate has an interest and should be turned over to the Trustee, subject to the terms below, and would state to the Court as follows:

This Court has jurisdiction over this Agreed Order pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The Receiver was appointed in the State Court Action, pursuant to TCA Sec. 26-1-105 and 26-3-103 for purposes of collecting all choses of action of the Debtor and Hammervold, PLC.

The Receiver collected $45,948.36 from the Debtor's choses in action (settlement of cases in which the Debtor represented Plaintiffs). The sum of $23,637.22 was collected within ninety

(90) days of the order for relief in this case. It is the Trustee's position that the levy of $23,637.22 is avoidable by the Trustee as a preference under 11 USC § 547. It is the position of the Chase Parties that they are secured creditors in all funds collected by the Receiver, as a result of an unavoidable execution lien arising under Tennessee law.

The parties have agreed that, subject to final determination by this Court as to the issue of whether the Chase Parties have an unavoidable execution lien in the funds, and without waiving any rights of the Trustee or the Chase Parties, it is appropriate for the funds to be turned over by the Receiver to the Trustee.

Accordingly it is THEREFORE ORDERED ADJUDGED AND DECREED

That the Chase Parties will take such action as is necessary to accomplish turnover of funds in the amount of $23,637.22, held by the Receiver, to the Trustee;

All rights and objections of the Chase Parties and the Trustee as to whether the Chase Parties have an unavoidable execution lien in the funds are reserved for future determination by this Court, and no action undertaken by the Chase Parties in effectuating this order in the State Court shall be construed as a waiver of any rights: and

That this Court shall retain jurisdiction to adjudicate any disputes that may arise under this Order and to enforce the terms of the Order

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

 Approved for Entry:

/s/ Jeanne Ann Burton
Jeanne Ann Burton, Trustee
4117 Hillsboro Pike, Ste 103-116
Nashville, Tennessee 37215
615/678-6960

/s/ Daniel H. Puryear

Daniel H. Puryear
Puryear Law Group PLLC
104 Woodmont Boulevard
Woodmont Centre, Suite 201
Nashville, TN 37205
(615) 255-4859
dpuryear@puryearlawgroup.com
Attorney for Dean Chase, Sandra Chase and D.F. Chase, Inc.



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/10/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CUMMINGS MANOOKIAN, PLLC** | )    BK No. 319-07235-CW-7 |
| | ) |
| **Debtor(s)** | ) |
| | ) |

### AGREED ORDER FOR TURNOVER

It appearing to the Court as evidenced by signature of Trustee and Counsel for Dean Chase, Sandra Chase and D.F. Chase, Inc. (the "Chase Parties"), that the parties agree that a portion of monies levied upon by Phillip Young, Receiver (the "Receiver"), in the case of <u>Dean Chase, Sandra Chase and D.F. Chase, Inc., v. Cummings Manookian PLC, et. al.</u>, No.: 2019-221, Circuit Court For Williamson County, Tennessee (the "State Court Action") to satisfy a sanctions judgment against the Debtor and others, is property in which the estate has an interest and should be turned over to the Trustee, subject to the terms below, and would state to the Court as follows:

This Court has jurisdiction over this Agreed Order pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The Receiver was appointed in the State Court Action, pursuant to TCA Sec. 26-1-105 and 26-3-103 for purposes of collecting all choses of action of the Debtor and Hammervold, PLC.

The Receiver collected $45,948.36 from the Debtor's choses in action (settlement of cases in which the Debtor represented Plaintiffs). The sum of $23,637.22 was collected within ninety

(90) days of the order for relief in this case.   It is the Trustee's position that the levy of $23,637.22 is avoidable by the Trustee as a preference under 11 USC § 547.  It is the position of the Chase Parties that they are secured creditors in all funds collected by the Receiver, as a result of an unavoidable execution lien arising under Tennessee law.

The parties have agreed that, subject to final determination by this Court as to the issue of whether the Chase Parties have an unavoidable execution lien in the funds, and without waiving any rights of the Trustee or the Chase Parties, it is appropriate for the funds to be turned over by the Receiver to the Trustee.

Accordingly it is THEREFORE ORDERED ADJUDGED AND DECREED

That the Chase Parties will take such action as is necessary to accomplish turnover of funds in the amount of $23,637.22, held by the Receiver, to the Trustee;

All rights and objections of the Chase Parties and the Trustee as to whether the Chase Parties have an unavoidable execution lien in the funds are reserved for future determination by this Court, and no action undertaken by the Chase Parties in effectuating this order in the State Court shall be construed as a waiver of any rights: and

That this Court shall retain jurisdiction to adjudicate any disputes that may arise under this Order and to enforce the terms of the Order

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

 Approved for Entry:

/s/ Jeanne Ann Burton
Jeanne Ann Burton, Trustee
4117 Hillsboro Pike, Ste 103-116
Nashville, Tennessee 37215
615/678-6960

/s/ Daniel H. Puryear
Daniel H. Puryear
Puryear Law Group PLLC
104 Woodmont Boulevard
Woodmont Centre, Suite 201
Nashville, TN  37205
(615) 255-4859
dpuryear@puryearlawgroup.com
Attorney for Dean Chase, Sandra Chase and D.F. Chase, Inc.

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

AIN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    )
                                          )
Cummings Manookian, PLLC                  )        Bk. No. 319-07235-CW-7
                                          )
                                          )
          Debtor(s)                       )

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:   April 3, 2020**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: April 14,  2020 at 9:00 a.m.**
**In Courtroom 2, Second Floor Customs House, 701 Broadway, Nashville,  Tennessee 37203.**

### NOTICE OF MOTION OF TRUSTEE TO EMPLOY ACCOUNTANT

Jeanne Ann Burton, Trustee, has asked the court for the following: Permission of the Court to employ an accountant.

       **YOUR RIGHTS MAY BE AFFECTED.**  If you do not want the Court to grant the attached motion, or if you want the Court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1.      File with the Court your written response or objection explaining your position.  **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING.  ANY RESPONSE, ANSWER OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY.  TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT:** <https://ecf.tnmb.uscourts.gov>.
If you need assistance with Electronic Filing, you may call the Bankruptcy court at (615)736-5584.  You may also visit the Bankruptcy court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 a.m. - 4:00 p.m.)

2.      Your response should state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

       If a response is filed before the deadline stated above, a hearing will be held at the time and place indicated above.  **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.**  You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at https://ecf.tnmb.uscourts.gov.

       If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: March 13, 2020                      By:  /s/ Jeanne Ann Burton
                                          Jeanne Ann Burton, Trustee
                                          4117 Hillsboro Pike, Suite 103-116
                                          Nashville, TN 37215
                                          (615)678-6960
                                          jeanne.burton@comcast.net

278

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
Cummings Manookian, PLLC )     Bk. No. 319-07235-CW-7
)
)
Debtor(s) )

## MOTION OF THE TRUSTEE TO EMPLOY ACCOUNTANT

Jeanne Ann Burton, Trustee, respectfully represents the following to the Court:

1.      That your applicant was duly appointed as trustee for the above-styled estate, duly qualified, and is now serving in said capacity.

2.      That your applicant hereby requests approval of this Court to employ Larry Williams, CPA, as accountant for this estate.

3.      The Trustee anticipates that the services said accountant may render include:  any and all necessary activities relating to federal, state, and local tax liabilities of this estate, including but not limited to advising and consulting with the Trustee regarding the tax impact of accomplished and proposed transactions and, especially, the preparation and filing of federal, state and local tax returns.

4.      The Trustee has selected Larry Williams, CPA, as accountant because of his extensive experience and knowledge.  Specifically, Larry Williams, CPA has over forty years experience in performing the accounting services set forth above, and is well qualified to perform the necessary accounting services.

5.      Mr. Williams proposes, subject to court approval, to seek compensation upon the basis of hourly rates ranging from $100.00 to $250.00 per hour for his time.  No compensation will be paid to Larry Williams, CPA, from funds of the estate except upon application to and approval by the Court.

6.  Larry Williams, CPA, does not represent any interest adverse to the Trustee or the estate in the matters upon which he is to be engaged and such employment is in the best interest of the estate.  Further, Larry Williams, CPA, is a disinterested person with the meaning of 11 U.S.C. Section 101(13).

7.    The employment of Larry Williams, CPA shall commence on the date that this motion is filed with the Court.

WHEREFORE, your applicant respectfully requests that she be authorized to employ Larry Williams, CPA, as accountant for the estate, and for such other relief as is necessary and appropriate.

Respectfully submitted,

By: /s/ Jeanne Ann Burton
Jeanne Ann Burton, Trustee
4117 Hillsboro Pike, Ste 103-116
Nashville, TN 37205
(615) 678-6960
jeanne.burton@comcast.net

## VERIFICATION

I, Larry Williams, hereby verify under penalty of perjury, that the statements contained in the foregoing application are true and correct to the best of my knowledge, information and belief, and that I do not have any connection with the debtor, the creditors, or any other party in interest (other than the trustee), or their respective attorneys or accountants, nor do I have any connection with the office of the U.S. Trustee or any of its employees.

Dated: March 13, 2020                         /s/ Larry Williams (with permission)
                                              Larry Williams
                                              Certified Public Accountant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    )
                                          )
Cummings Manookian, PLLC                  )        Bk. No. 319-07235-CW-7
                                          )
                                          )
        Debtor(s)                         )

## ORDER TO EMPLOY ACCOUNTANT

Upon the application of Jeanne Ann Burton, Trustee, for approval to employ Larry Williams, CPA, 205 Powell Place, Brentwood, TN 37027, twenty-one (21) days' notice having been given pursuant to L.R. 9013-1 of this Court, and no objections having been filed;

It is hereby ORDERED that Jeanne Ann Burton, Trustee, is authorized to employ Larry Williams, CPA, as accountant in this matter. Such employment is effective as of March 13, 2019.

It is further ORDERED that Larry Williams, CPA shall make application to the Court for approval of all compensation.

APPROVED FOR ENTRY:

By: /s/ Jeanne Ann Burton                  **Proposed**
Jeanne Ann Burton, Trustee
4117 Hillsboro Pike, Ste 103-116
Nashville, TN 37205
(615) 678-6960
jeanne.burton@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE


IN RE:                                  )
                                        )
Cummings Manookian, PLLC                )          Bk. No. 319-07235-CW-7
                                        )
                                        )
        Debtor(s)                       )

**CERTIFICATE OF SERVICE**


    I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the Debtor(s), Debtor's Attorney, all scheduled secured creditors, the 10 largest scheduled unsecured creditors and to all those requesting notice, as shown on the mailing matrix which is attached to the original of this document and on file in the office of the Clerk of this Court and to the US Trustee, via ECF, on March 13, 2020.


                By:  /s/ Jeanne Ann Burton
                Jeanne Ann Burton, Trustee
                4117 Hillsboro Pike, Ste 103-116
                Nashville, TN 37215
                (615) 678-6960
                Jeanne.burton@comcast.net

CUMMINGS MANOOKIAN, PLLC
45 MUSIC SQUARE WEST
NASHVILLE, TN 37203-3205

Dean Chase
c/o Daniel H. Puryear
104 Woodmont Blvd-Ste 201
Nashville, TN 37205-2245

BRIAN MANOOKIAN
45 MUSIC SQUARE WEST
NASHVILLE, TN 37203-3205

Toby Smith, M.D.
c/o Phillip North
414 Union St., Ste 1850
Nashville, TN 37219-1783

Glen B. Rose
Bass, Berry & Sims PLC
150 Third Ave. S., Ste. 2800
Nashville, TN 37201

LEFKOVITZ AND LEFKOVITZ, PLLC  +
618 CHURCH ST STE 410
NASHVILLE, TN 37219-2452

GRANT KONVALINKA & HARRIS
Harry R. Cash
Grant, Konvalinka & Harrison, P.C.
633 Chestnut Street, Ste. 900
CHATTANOOGA, TN 37450-0900

George Robertson, M.D.
c/o Phillip North
414 Union Street
Ste. 1850
Nashville, TN 37219-1783

Mark Hammervold
155 S. Lawndale Ave.
Elmhurst, IL 60126

Middle Tennessee Pulmonary
c/o Phillip North
414 Union St., Ste 1850
Nashville, TN 37219-1783

Sandra Chase
c/o Daniel H. Puryear
104 Woodmont Blvd-Ste 201
Nashville, TN 37205-2245

Phillip Family Medical Associates
c/o Phillip North
414 Union St., Ste. 1850
Nashville, TN 37219-1783

Craig v. Gabbert, Jr.
Bass, Berry & Sims PLC
150 Third Ave. S., Ste. 2800
Nashville, TN 37201

In re:                                                          Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                                        Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3          User: anm0611          Page 1 of 1          Date Rcvd: Mar 11, 2020
                             Form ID: pdftop          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db              +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
          CRAIG VERNON GABBERT, JR   on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR   on behalf of Interested Party   Hagh Law, PLLC cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR   on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR   on behalf of Defendant    Hagh Law PLLC cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          DANIEL HAYS PURYEAR   on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
           paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR   on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
           paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR   on behalf of Creditor   D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
           paralegalgroup@puryearlawgroup.com
          GLENN BENTON ROSE   on behalf of Interested Party   Hagh Law, PLLC grose@bassberry.com,
           bankr@bassberry.com
          GLENN BENTON ROSE   on behalf of Interested Party Afsoon  Hagh grose@bassberry.com,
           bankr@bassberry.com
          GLENN BENTON ROSE   on behalf of Defendant Afsoon  Hagh grose@bassberry.com,  bankr@bassberry.com
          GLENN BENTON ROSE   on behalf of Defendant    Hagh Law PLLC grose@bassberry.com,
           bankr@bassberry.com
          HARRY R CASH   on behalf of Creditor    Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
           hdowney@gkhpc.com
          JEANNE ANN BURTON   TN24@ecfcbis.com
          JOHN TATE SPRAGENS   on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
          JOHN TATE SPRAGENS   on behalf of Defendant    Hagh Law PLLC JOHN@SPRAGENSLAW.COM
          LEFKOVITZ AND LEFKOVITZ, PLLC   on behalf of Debtor   CUMMINGS MANOOKIAN, PLLC
           slefkovitz@lefkovitz.com,
           stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
           2946@notify.bestcase.com;mspezia@lefkovitz.com
          MEGAN REED SELIBER   on behalf of U.S. Trustee   US TRUSTEE megan.seliber@usdoj.gov
          PHILLIP G YOUNG   on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
          PHILLIP G YOUNG   on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
          PHILLIP L NORTH   on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
          PHILLIP L NORTH   on behalf of Creditor   Middle Tennessee Pulmonary pn@npr.legal
          PHILLIP L NORTH   on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
          PHILLIP L NORTH   on behalf of Creditor George  Robertson, M.D. pn@npr.legal
          US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                          TOTAL: 24

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/10/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                    )
                                          )
**CUMMINGS MANOOKIAN, PLLC**              )      BK No. 319-07235-CW-7
                                          )
Debtor(s)                                 )
                                          )

## AGREED ORDER FOR TURNOVER

It appearing to the Court as evidenced by signature of Trustee and Counsel for Dean Chase, Sandra Chase and D.F. Chase, Inc. (the "Chase Parties"), that the parties agree that a portion of monies levied upon by Phillip Young, Receiver (the "Receiver"), in the case of <u>Dean Chase, Sandra Chase and D.F. Chase, Inc., v. Cummings Manookian PLC, et. al.</u>, No.: 2019-221, Circuit Court For Williamson County, Tennessee (the "State Court Action") to satisfy a sanctions judgment against the Debtor and others, is property in which the estate has an interest and should be turned over to the Trustee, subject to the terms below, and would state to the Court as follows:

This Court has jurisdiction over this Agreed Order pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The Receiver was appointed in the State Court Action, pursuant to TCA Sec. 26-1-105 and 26-3-103 for purposes of collecting all choses of action of the Debtor and Hammervold, PLC.

The Receiver collected $45,948.36 from the Debtor's choses in action (settlement of cases in which the Debtor represented Plaintiffs). The sum of $23,637.22 was collected within ninety

(90) days of the order for relief in this case. It is the Trustee's position that the levy of $23,637.22 is avoidable by the Trustee as a preference under 11 USC § 547. It is the position of the Chase Parties that they are secured creditors in all funds collected by the Receiver, as a result of an unavoidable execution lien arising under Tennessee law.

The parties have agreed that, subject to final determination by this Court as to the issue of whether the Chase Parties have an unavoidable execution lien in the funds, and without waiving any rights of the Trustee or the Chase Parties, it is appropriate for the funds to be turned over by the Receiver to the Trustee.

Accordingly it is THEREFORE ORDERED ADJUDGED AND DECREED

That the Chase Parties will take such action as is necessary to accomplish turnover of funds in the amount of $23,637.22, held by the Receiver, to the Trustee;

All rights and objections of the Chase Parties and the Trustee as to whether the Chase Parties have an unavoidable execution lien in the funds are reserved for future determination by this Court, and no action undertaken by the Chase Parties in effectuating this order in the State Court shall be construed as a waiver of any rights: and

That this Court shall retain jurisdiction to adjudicate any disputes that may arise under this Order and to enforce the terms of the Order

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Approved for Entry:

/s/ Jeanne Ann Burton
Jeanne Ann Burton, Trustee
4117 Hillsboro Pike, Ste 103-116
Nashville, Tennessee 37215
615/678-6960

/s/ Daniel H. Puryear
Daniel H. Puryear
Puryear Law Group PLLC
104 Woodmont Boulevard
Woodmont Centre, Suite 201
Nashville, TN  37205
(615) 255-4859
dpuryear@puryearlawgroup.com
Attorney for Dean Chase, Sandra Chase and D.F. Chase, Inc.

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

3

287

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |

---

## MOTION TO CONTINUE HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

Come now Jeanne Ann Burton, Trustee (the "Trustee"), by and through counsel, and requests a four week continuance of the hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion"). In support for this request, the Trustee states that, after consultation with the Debtor's counsel, it was determined that one or both parties would likely call witnesses at the hearing on the Motion. Pursuant to the instructions in the Court's Interim Order Relating to Court Operations Due to Circumstances Caused by COVID-19, it appears that a continuance will be necessary. Upon information and belief, Debtor's counsel does not oppose this continuance.

Therefore, the Trustee requests that the hearing currently scheduled for March 24, 2020 be reset on or after April 14, 2020.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

---

## ORDER CONTINUING HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on March 24, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on March 24, 2020 is hereby be reset to _____, 2020 at _____ a.m. in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

> THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
> INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/17/2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

IN RE: )
)
**CUMMINGS MANOOKIAN, PLLC,** ) **Case No. 3:19-bk-07235**
    **Debtor.** ) **Chapter 7**
) **Judge Walker**

---

## ORDER CONTINUING HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on March 24, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on March 24, 2020 is hereby be reset to April 21 , 2020 at 1:00 p.m. ~~a.m.~~ in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

In re:                                                    Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                                   Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3        User: anm0611        Page 1 of 1        Date Rcvd: Mar 18, 2020
                           Form ID: pdf001       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db              +CUMMINGS MANOOKIAN, PLLC,    45 MUSIC SQUARE WEST,    NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              CRAIG VERNON GABBERT, JR   on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
               bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR   on behalf of Interested Party   Hagh Law, PLLC cgabbert@bassberry.com,
               bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR   on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
               bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR   on behalf of Defendant    Hagh Law PLLC cgabbert@bassberry.com,
               bankr@bassberry.com;delores.walker@bassberry.com
              DANIEL HAYS PURYEAR   on behalf of Creditor    D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
               paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR   on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
               paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR   on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
               paralegalgroup@puryearlawgroup.com
              GLENN BENTON ROSE   on behalf of Interested Party   Hagh Law, PLLC grose@bassberry.com,
               bankr@bassberry.com
              GLENN BENTON ROSE   on behalf of Interested Party Afsoon  Hagh grose@bassberry.com,
               bankr@bassberry.com
              GLENN BENTON ROSE   on behalf of Defendant Afsoon  Hagh grose@bassberry.com,  bankr@bassberry.com
              GLENN BENTON ROSE   on behalf of Defendant    Hagh Law PLLC grose@bassberry.com,
               bankr@bassberry.com
              HARRY R CASH   on behalf of Creditor    Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
               hdowney@gkhpc.com
              JEANNE ANN BURTON    TN24@ecfcbis.com
              JOHN TATE SPRAGENS   on behalf of Defendant    Manookian PLLC JOHN@SPRAGENSLAW.COM
              JOHN TATE SPRAGENS   on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
              JOHN TATE SPRAGENS   on behalf of Defendant    Hagh Law PLLC JOHN@SPRAGENSLAW.COM
              LEFKOVITZ AND LEFKOVITZ, PLLC   on behalf of Debtor    CUMMINGS MANOOKIAN, PLLC
               slefkovitz@lefkovitz.com,
               stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
               2946@notify.bestcase.com;mspezia@lefkovitz.com
              MEGAN REED SELIBER   on behalf of U.S. Trustee   US TRUSTEE megan.seliber@usdoj.gov
              PHILLIP G YOUNG   on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
              PHILLIP G YOUNG   on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
              PHILLIP L NORTH   on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
              PHILLIP L NORTH   on behalf of Creditor    Middle Tennessee Pulmonary pn@npr.legal
              PHILLIP L NORTH   on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
              PHILLIP L NORTH   on behalf of Creditor George  Robertson, M.D. pn@npr.legal
              US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                             TOTAL: 25

294

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/17/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CUMMINGS MANOOKIAN, PLLC,** | ) Case No. 3:19-bk-07235 |
| Debtor. | ) Chapter 7 |
| | ) Judge Walker |

---

### ORDER CONTINUING HEARING ON
### TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on March 24, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on March 24, 2020 is hereby be reset to ___April 21___, 2020 at ___ ~~a.m.~~ 1:00 p.m. in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---
THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE
---

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                              )
                                    )
Cummings Manookian, PLLC            )        Bk. No. 319-07235-CW-7
                                    )
                                    )
        Debtor(s)                   )

## ORDER TO EMPLOY ACCOUNTANT

Upon the application of Jeanne Ann Burton, Trustee, for approval to employ Larry Williams, CPA, 205 Powell Place, Brentwood, TN 37027, twenty-one (21) days' notice having been given pursuant to L.R. 9013-1 of this Court, and no objections having been filed;

It is hereby ORDERED that Jeanne Ann Burton, Trustee, is authorized to employ Larry Williams, CPA, as accountant in this matter.  Such employment is effective as of March 13, 2019.

It is further ORDERED that Larry Williams, CPA shall make application to the Court for approval of all compensation.

APPROVED FOR ENTRY:

By:  /s/ Jeanne Ann Burton
Jeanne Ann Burton, Trustee
4117 Hillsboro Pike, Ste 103-116
Nashville, TN 37205
(615) 678-6960
jeanne.burton@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE


IN RE:                              )
                                    )
Cummings Manookian, PLLC            )        Bk. No. 319-07235-CW-7
                                    )
                                    )
        Debtor(s)                   )

### AMENDED ORDER TO EMPLOY ACCOUNTANT

Upon the application of Jeanne Ann Burton, Trustee, for approval to employ Larry Williams, CPA, 205 Powell Place, Brentwood, TN 37027, twenty-one (21) days' notice having been given pursuant to L.R. 9013-1 of this Court, and no objections having been filed;

It is hereby ORDERED that Jeanne Ann Burton, Trustee, is authorized to employ Larry Williams, CPA, as accountant in this matter. Such employment is effective as of March 13, 2020.

It is further ORDERED that Larry Williams, CPA shall make application to the Court for approval of all compensation.


APPROVED FOR ENTRY:

By: /s/ Jeanne Ann Burton
Jeanne Ann Burton, Trustee
4117 Hillsboro Pike, Ste 103-116
Nashville, TN 37205
(615) 678-6960
jeanne.burton@comcast.net

Form clkinq

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>3:19−bk−07235</u>
### Chapter 7

In re:
    CUMMINGS MANOOKIAN, PLLC
    45 MUSIC SQUARE WEST
    NASHVILLE, TN 37203

Social Security No.:

Employer's Tax I.D. No.:
    47−2636732

---

### CLERK'S REMARK

---

Clerk's Remark − The related document has the following defect(s): Order Not Processed.. − Amended Order submitted dkt #64. (RE: related document(s)63 Submitted Order to employ Accountant Filed on the behalf of: Trustee JEANNE ANN BURTON (RE: related document(s)57).) (lel)

Dated: <u>4/10/20</u>                                                        <u>TERESA C. AZAN</u>
                                                            Court Clerk



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 4/13/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                )
                                      )
Cummings Manookian, PLLC              )        Bk. No. 319-07235-CW-7
                                      )
                                      )
        Debtor(s)                     )

### AMENDED ORDER TO EMPLOY ACCOUNTANT

Upon the application of Jeanne Ann Burton, Trustee, for approval to employ Larry Williams, CPA, 205 Powell Place, Brentwood, TN 37027, twenty-one (21) days' notice having been given pursuant to L.R. 9013-1 of this Court, and no objections having been filed;

It is hereby ORDERED that Jeanne Ann Burton, Trustee, is authorized to employ Larry Williams, CPA, as accountant in this matter. Such employment is effective as of March 13, 2020.

It is further ORDERED that Larry Williams, CPA shall make application to the Court for approval of all compensation.

APPROVED FOR ENTRY:

By: /s/ Jeanne Ann Burton
Jeanne Ann Burton, Trustee
4117 Hillsboro Pike, Ste 103-116
Nashville, TN 37205
(615) 678-6960
jeanne.burton@comcast.net

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

300

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| | ) | |

## MOTION TO CONTINUE HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

Come now Jeanne Ann Burton, Trustee (the "Trustee"), by and through counsel, and requests a one month continuance of the hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion"). In support for this request, the Trustee states that Trustee's counsel and Debtor's counsel are in agreement that this matter should be continued so as to coincide with other matters scheduled in this case.

Therefore, the Trustee requests that the hearing currently scheduled for April 14, 2020 be reset on or after May 19, 2020.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| | ) | |

---

### ORDER CONTINUING HEARING ON
### TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on April 21, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on March 24, 2020 is hereby be reset to _____, 2020 at _____ **a.m.** in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 4/15/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

IN RE: )
 )
**CUMMINGS MANOOKIAN, PLLC,** )    **Case No. 3:19-bk-07235**
     **Debtor.** )    **Chapter 7**
 )    **Judge Walker**

---

## ORDER CONTINUING HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on April 21, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

                                                                                    April 21
**IT IS ORDERED** that the hearing on the Motion to Compel presently set on ~~March 24~~, 2020 is hereby reset to ___May 19_____, **2020 at** _10:15_ **a.m.** in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE**

---

hearing will take place telephonically (Phone number 888-363-4749 Access Code 7250422 ) pursuant to Judge Walker's CH7 & 11 Tuesday Docket Procedures after March 25, 2020 located on the Court's website at: http://www.tnmb.uscourts.gov/coronavirus-disease-covid-19-information-relating-court-operations-intake-department-closed-public

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

In re:                                                          Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                                        Chapter 7
          Debtor                        CERTIFICATE OF NOTICE

District/off: 0650-3         User: anm0611          Page 1 of 1           Date Rcvd: Apr 13, 2020
                             Form ID: pdf001        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
db            +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
          CRAIG VERNON GABBERT, JR    on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Interested Party   Hagh Law, PLLC cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Defendant    Hagh Law PLLC cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          DANIEL HAYS PURYEAR    on behalf of Creditor    D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR    on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR    on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
          GLENN BENTON ROSE    on behalf of Interested Party   Hagh Law, PLLC grose@bassberry.com,
          bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Interested Party Afsoon  Hagh grose@bassberry.com,
          bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Defendant Afsoon  Hagh grose@bassberry.com, bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Defendant    Hagh Law PLLC grose@bassberry.com,
          bankr@bassberry.com
          HARRY R CASH    on behalf of Creditor    Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
          hdowney@gkhpc.com
          JEANNE ANN BURTON    TN24@ecfcbis.com
          JOHN TATE SPRAGENS    on behalf of Defendant    Manookian PLLC JOHN@SPRAGENSLAW.COM
          JOHN TATE SPRAGENS    on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
          JOHN TATE SPRAGENS    on behalf of Defendant    Hagh Law PLLC JOHN@SPRAGENSLAW.COM
          LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor    CUMMINGS MANOOKIAN, PLLC
          slefkovitz@lefkovitz.com,
          stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
          2946@notify.bestcase.com;mspezia@lefkovitz.com
          MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov
          PHILLIP G YOUNG    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
          PHILLIP G YOUNG    on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
          PHILLIP L NORTH    on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor    Middle Tennessee Pulmonary pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor George  Robertson, M.D. pn@npr.legal
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                        TOTAL: 25

306

Charles M. Walker
U.S. Bankruptcy Judge
    Dated: 4/13/2020



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                              )
                                    )
Cummings Manookian, PLLC            )        Bk. No. 319-07235-CW-7
                                    )
                                    )
        Debtor(s)                   )

**<u>AMENDED ORDER TO EMPLOY ACCOUNTANT</u>**

Upon the application of Jeanne Ann Burton, Trustee, for approval to employ Larry Williams, CPA, 205 Powell Place, Brentwood, TN 37027, twenty-one (21) days' notice having been given pursuant to L.R. 9013-1 of this Court, and no objections having been filed;

It is hereby ORDERED that Jeanne Ann Burton, Trustee, is authorized to employ Larry Williams, CPA, as accountant in this matter. Such employment is effective as of March 13, 2020.

It is further ORDERED that Larry Williams, CPA shall make application to the Court for approval of all compensation.

APPROVED FOR ENTRY:

By: <u>/s/ Jeanne Ann Burton</u>
Jeanne Ann Burton, Trustee
4117 Hillsboro Pike, Ste 103-116
Nashville, TN 37205
(615) 678-6960
jeanne.burton@comcast.net

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

307

In re:                                                      Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3        User: anm0611        Page 1 of 1        Date Rcvd: Apr 15, 2020
                            Form ID: pdf001      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db            +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
        CRAIG VERNON GABBERT, JR    on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
        bankr@bassberry.com;delores.walker@bassberry.com
        CRAIG VERNON GABBERT, JR    on behalf of Interested Party    Hagh Law, PLLC cgabbert@bassberry.com,
        bankr@bassberry.com;delores.walker@bassberry.com
        CRAIG VERNON GABBERT, JR    on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
        bankr@bassberry.com;delores.walker@bassberry.com
        CRAIG VERNON GABBERT, JR    on behalf of Defendant    Hagh Law PLLC cgabbert@bassberry.com,
        bankr@bassberry.com;delores.walker@bassberry.com
        DANIEL HAYS PURYEAR    on behalf of Creditor    D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
        paralegalgroup@puryearlawgroup.com
        DANIEL HAYS PURYEAR    on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
        paralegalgroup@puryearlawgroup.com
        DANIEL HAYS PURYEAR    on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
        paralegalgroup@puryearlawgroup.com
        GLENN BENTON ROSE    on behalf of Interested Party    Hagh Law, PLLC grose@bassberry.com,
        bankr@bassberry.com
        GLENN BENTON ROSE    on behalf of Interested Party Afsoon  Hagh grose@bassberry.com,
        bankr@bassberry.com
        GLENN BENTON ROSE    on behalf of Defendant Afsoon  Hagh grose@bassberry.com, bankr@bassberry.com
        GLENN BENTON ROSE    on behalf of Defendant    Hagh Law PLLC grose@bassberry.com,
        bankr@bassberry.com
        HARRY R CASH    on behalf of Creditor    Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
        hdowney@gkhpc.com
        JEANNE ANN BURTON    TN24@ecfcbis.com
        JOHN TATE SPRAGENS    on behalf of Defendant    Manookian PLLC JOHN@SPRAGENSLAW.COM
        JOHN TATE SPRAGENS    on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
        JOHN TATE SPRAGENS    on behalf of Defendant    Hagh Law PLLC JOHN@SPRAGENSLAW.COM
        LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor    CUMMINGS MANOOKIAN, PLLC
        slefkovitz@lefkovitz.com,
        stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
        2946@notify.bestcase.com;mspezia@lefkovitz.com
        MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov
        PHILLIP G YOUNG    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
        PHILLIP G YOUNG    on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
        PHILLIP L NORTH    on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
        PHILLIP L NORTH    on behalf of Creditor    Middle Tennessee Pulmonary pn@npr.legal
        PHILLIP L NORTH    on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
        PHILLIP L NORTH    on behalf of Creditor George  Robertson, M.D. pn@npr.legal
        US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                   TOTAL: 25

308

Charles M. Walker
U.S. Bankruptcy Judge
      Dated: 4/15/2020



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

IN RE:       )
      )
**CUMMINGS MANOOKIAN, PLLC,**       )     **Case No. 3:19-bk-07235**
    **Debtor.**       )     **Chapter 7**
      )     **Judge Walker**

---

## ORDER CONTINUING HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on April 21, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

April 21

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on ~~March 24~~, 2020 is hereby be reset to __May 19__, **2020 at** 10:15 **a.m.** in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

| THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE |
|---|

hearing will take place telephonically (Phone number 888-363-4749 Access Code 7250422 ) pursuant to Judge Walker's CH7 & 11 Tuesday Docket Procedures after March 25, 2020 located on the Court's website at: http://www.tnmb.uscourts.gov/coronavirus-disease-covid-19-information-relating-court-operations-intake-department-closed-public

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

<div align="center">

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

</div>

**Case Number:**  319-07235-CW-7 CW  
**Case Name:**  CUMMINGS MANOOKIAN, PLLC  

**Period Ending:**  03/31/20

**Trustee:**  (620290)  Jeanne Ann Burton, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 11/06/19 (f)  
**§341(a) Meeting Date:** 12/02/19  
**Claims Bar Date:** 04/01/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable  (See Footnote) | 70,000.00 | 0.00 | | 0.00 | FA |
| 2 | Office Equipment/ Furn (Debtor does not own any) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Costs due in various cases<br>   There are cases where costs have been advanced in lawsuits contingent upon cases being successfully resolved but are presently unrealized due to the cases being pending without resolution.  (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 4 | A/R Case BaHC<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 5 | A/R Case BaHu<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 6 | A/R Case BeLb<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 7 | A/R Case BrRe<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 8 | A/R Case DyVa<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 9 | A/R Case KnRi<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 10 | A/R Case MiVa<br>   Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 11 | A/R Case RuAr<br>   Potential Attorney Fees/Costs for confidential case | Unknown | 28,884.58 | | 28,884.58 | FA |



311

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 319-07235-CW-7 CW
**Case Name:** CUMMINGS MANOOKIAN, PLLC

**Period Ending:** 03/31/20

**Trustee:** (620290)    Jeanne Ann Burton, Chapter 7 Trustee
**Filed (f) or Converted (c):** 11/06/19 (f)
**§341(a) Meeting Date:** 12/02/19
**Claims Bar Date:** 04/01/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | A/R Case SaRo<br>Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 13 | A/R Case ShVa<br>Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 14 | A/R Case ThSi - Preference DE 56  (u) | 23,637.22 | 23,637.22 | | 0.00 | 23,637.22 |
| 15 | A/R Case WaMo<br>Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 16 | A/R Case WhPa<br>Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 17 | A/R Case WoMi<br>Potential Attorney Fees/Costs for confidential case | Unknown | Unknown | | 0.00 | Unknown |
| 18 | A/R Case FiOs  Adversary 320:ap-90002<br>Disputed Attorney Fees/Costs for confidential case<br>(See Footnote) | 1,400,000.00 | 1,400,000.00 | | 0.00 | 1,400,000.00 |
| **18** | **Assets**      **Totals** (Excluding unknown values) | **$1,493,637.22** | **$1,452,521.80** | | **$28,884.58** | **$1,423,637.22** |

RE PROP# 1      See itemized individual receivable assets
RE PROP# 3      Each cost is part of the individually itemized receivable case assets
RE PROP# 18     Case settled. Adversary 320-ap-90002  pending re dispute as to entitlement of fees. $715,000.00 of
              the fees ordered in escrow with Court.

**Major Activities Affecting Case Closing:**

       schedules are at DE 1,7,9 and 10



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 319-07235-CW-7 CW |
| **Case Name:** | CUMMINGS MANOOKIAN, PLLC |
| **Period Ending:** | 03/31/20 |

| | |
|---|---|
| **Trustee:** (620290) | Jeanne Ann Burton, Chapter 7 Trustee |
| **Filed (f) or Converted (c):** | 11/06/19 (f) |
| **§341(a) Meeting Date:** | 12/02/19 |
| **Claims Bar Date:** | 04/01/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

11/18/19-motion to employ P. Young filed

12/2/19- documents requested at the moc

12/3/19 e-mail to J. Lefkovitz re bank statements and credit card statements and documents requested at moc

12/9/19-objection to motion to employ P. Young filed; hearing is 12/17/19

12/10/19 attend hearing on TRO against Hagh Law in Lawrenceberg

12/11/19 review proposed TRO order

12/11/19 discuss witness and exhibit list with P. Young for motion to employ special counsel

12/13/19 t/c John Konvilinka re appeal-his name was given to me by debtor's counsel;e-mail to debtor's counsel re supplying info

12.13.19 t/c Charles Malone at Butler Snow re appeal-he represents the appellees

12/17/19 hearing on Motion to employ speical counsel- court took matter under advisement

12/20/19-order re:  TE app to employ special counsel gives the TE until 12/24/19 to file supp. app and more info

12/21/19-supplement to app. of TE to employ special counsel filed

12/23/19-order granting application to employ Thompson Burton PLLC entered

12/23/19-B. Manookian filed request for leave to respond in opposition and objection to app. to employ Thompson Burton PLLC

12/23/19-prep of suggestion of bk in Ct. of Appeals

12/26/19-order denying B. Manookain request for leave to respond entered

1/2/2020-prep of suggestion of bk in Circuit Ct (mail)

1/2/2020-send demand letter to A. Hagh (to d/m case against Debtor)-reg and cert. mail

1/2/2020-file asset notice; last day to file claims is 4/1/2020

1/3/2020- review order from COA re oral arugument

1/8/2020-complaint filed

1/8/2020-expedited motion/order for turnover of funds filed

1/9/2020-order setting hearing on motion for turnover of funds entered, deadline to object to the relief is 1/14/2020 at 4pm; hearing is scheduled for 1/15/2020 at 1:30pm

1/14/20-objection to expedited motion for turnover filed

1/14/20-NOA filed by John Spragens-attorney for Hagh Law

1/14/20-Plaintiff's reply to objection of Hagh Law PLLC filed

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

| | |
|---|---|
| **Case Number:** | 319-07235-CW-7 CW |
| **Case Name:** | CUMMINGS MANOOKIAN, PLLC |
| **Period Ending:** | 03/31/20 |

| | |
|---|---|
| **Trustee:** (620290) | Jeanne Ann Burton, Chapter 7 Trustee |
| **Filed (f) or Converted (c):** | 11/06/19 (f) |
| **§341(a) Meeting Date:** | 12/02/19 |
| **Claims Bar Date:** | 04/01/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

1/15/20-Hagh Law filed motion to strike Plaintiff's reply to objection
1/15/20-summons and notice of pretrial -pretrial is 3/10/20
1/15/20 attend hearing on motion for turnover of funds
1/16/20-order entered for turnover of funds-funds to be deposited with Bk Court Clerk by 11:59 pm 1/21/20; final hearing will be 2/5/20
1/17/20 review order re turnover of funds and setting final hearing
1/28/20-review poc filed by Grant Konvlinka-based on default judgment
1/28/20-motion to compel turnover of records filed; hearing is 2/11/20 (responses due by 2/7/20)
1/31/20-prep and file motion for sanctions for violation of automatic stay-Hagh Law/Afsoon Hagh
1/31/20-review NOA filed by Craig Gabbert (had returned earlier phone call)
2/3/20 -phone call with C. Gabbert, atty for Ms. Hagh and Hagh Law
2/3/20-hearing on motion for turnover of records rescheduled to 2/18/20
2/3/20-hearing on motion for sanctions is 2/18/20
2/6/20-order on expedited motion for turnover of funds sumbitted (Clerk to continue to hold the $715,000)
2/7/20-response to motion to compel filed by B. Mannokian and S. Lefkovitz
2/7/20-proposed a/o submitted re: complaint in Circuit Court dismissed and motion for sanctions is moot
2/11/20-hearing on motion to compel turnover of records continued to 3/3/20
2/24/20-motion for entry of default against defendants in adversary was filed
2/24/20-entry of default entered in the adversary
3/3/20-hearing on motion to compel continued to March 24, 2020
3/3/20-motion to continue pretrial conference in adversary to March 24, 2020 filed
3/4/20 consult with L. Williams re any requirment to file 2019 return-no requirement
3/10/20-agreed order for turnover of monies held by Receiver filed
3/13/20-prep of motion to employ Accountant
3/16/20 answers filed in adv proceeding; entry of default will be withdrawn
3/17/20 hearing on motion for turnover will be continued to 4/21/20; pretrial continued also

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 319-07235-CW-7 CW
**Case Name:** CUMMINGS MANOOKIAN, PLLC

**Period Ending:** 03/31/20

**Trustee:** (620290)   Jeanne Ann Burton, Chapter 7 Trustee
**Filed (f) or Converted (c):** 11/06/19 (f)
**§341(a) Meeting Date:** 12/02/19
**Claims Bar Date:** 04/01/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  December 31, 2020      **Current Projected Date Of Final Report (TFR):**  December 31, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

---

THE DEADLINE FOR FILING A TIMELY RESPONSE IS:  May 18, 2020
IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:  May 26, 2020 at 10:00 a.m., in
Courtroom Two, 2nd Floor, Customs House, 701 Broadway, Nashville, Tennessee.

---

## NOTICE OF TRUSTEE'S MOTION TO APPROVE
## FEE AND EXPENSE DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC

Phillip G. Young, Jr., Counsel for the Trustee, has asked the court for the following relief:  approval of fee and expense division among Debtor and Cummings Law LLC.

**YOUR RIGHTS MAY BE AFFECTED**.  If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before May 13, 2020, you or your attorney must:

1.   File with the court your response or objection explaining your position.  **PLEASE NOTE:  THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING.  ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY.  TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT:** https://ecf.tnmb.uscourts.gov.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584.  You may also visit the Bankruptcy Court in person at:  701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2.   Your response must state that the deadline for filing responses is May 18, 2020, the date of the scheduled hearing is May 26, 2020, and the motion to which you are responding is the Trustee's Motion to Approve Fee and Expense Division Among Debtor and Cummings Law LLC.

3.   You must serve your response or objection by electronic service through the Electronic Filing system described above.  You must also mail a copy of your response or objection to:

Jeanne Ann Burton, Trustee      United States Trustee          Phillip G. Young, Jr.
Jeanne Ann Burton, PLLC         701 Broadway, Customs House    Thompson Burton PLLC
4117 Hillsboro Pk Ste 103-116   Suite 318                      One Franklin Park
Nashville, TN 37215             Nashville, TN  37203           6100 Tower Cir., Ste 200
                                                               Franklin, TN  37067

If a response is filed before the deadline stated above, the hearing will be held at the time
and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE
HEARING DATE.*** You may check whether a timely response has been filed by calling
the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at
https://ecf.tnmb.uscourts.gov.


If you or your attorney do not take these steps, the court may decide that you do not
oppose the relief sought in the motion and may enter the attached order granting that relief.


Dated: April 27, 2020                      By: /s/ Phillip G. Young, Jr.
                                           Phillip G. Young, Jr.
                                           Thompson Burton PLLC
                                           One Franklin Park
                                           6100 Tower Circle, Suite 200
                                           Franklin, TN 37067
                                           Tel: 615-465-6008
                                           phillip@thompsonburton.com

                                           *Special Counsel to Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |

## TRUSTEE'S MOTION TO APPROVE
## FEE AND EXPENSE DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC

Jeanne Ann Burton, chapter 7 trustee herein ("Trustee"), hereby moves (the "Motion") this

Court for entry of an order (the "Order"), substantially in the form submitted herewith, approving

the division of attorneys' fees and expenses in certain cases among the Debtor and Cummings Law

LLC. In support of this Motion, the Trustee respectfully represents as follows:

### BACKGROUND

1.     On November 6, 2019 (the "Petition Date"), Cummings Manookian, PLC (the

"Debtor") filed a voluntary Chapter 7 petition. Jeanne Ann Burton was appointed to serve as the

Chapter 7 Trustee on the same day.

2.     The Debtor was a law firm founded by attorneys Brian Cummings ("Cummings")

and Brian Manookian ("Manookian") in 2015. The Debtor specialized in representing plaintiffs

in personal injury and medical malpractice cases. In September 2018, Cummings withdrew as a

member of the Debtor and subsequently formed his own law firm, Cummings Law LLC

("Cummings Law"). After Cummings' withdrawal from the Debtor, Cummings Law continued

handling certain cases that were opened while Cummings was a member of the Debtor.

3.     Cummings asserts that, on the date of Cummings' exit from the Debtor, the

Debtor's operations were governed by an "Amended and Restated Amended Operating Agreement

318

of Cummings Manookian, P.L.C." dated January 30, 2017 (the "Operating Agreement").  Section 10.7 of the Operating Agreement, entitled "Additional Payments to Withdrawing Member," addresses how fees and other payments will be made to a member who has withdrawn from the Debtor.  It references an "Exhibit B" with regard to how "pending matters" will be divided between the Debtor and the withdrawing member.  Exhibit B of the Operating Agreement contains the following relevant provisions:

1. Upon a Member's Withdrawal, a client may direct that the Company retain a Case in Progress or that the Case in Progress transfer to the withdrawing Member.  In such instance, the Company or a withdrawing Member that takes a Case in Progress shall be the "Managing Party" and the Company or withdrawing Member (or such Member's estate, guardian or conservator, as the case may be) that does not take a Case in Progress shall be the "Other Party."

2. The Other Party will be entitled to receive any amount that is actually received by the Managing Party (either alone or with others) after the date of the Withdrawal with respect to a Case in Progress as follows:  a) 50% of the pre-Withdrawal expenses incurred by the Company that are recouped, plus b) an amount equal to the Net Fee times a fraction of the denominator of which would be the total number of months during the period commencing the day the Company first opening the Case in Progress and ending the day of receipt of fees concluding the case, and the numerator of which would be the total number of months during the period commencing the day the Company first opened the Case in Progress and ending the date of the Withdrawal.

4. Applying these provisions of the Operating Agreement is much simpler than it first appears.  Using a hypothetical situation, if Cummings Law assumed responsibility, in September 2018, for a matter that originated with the Debtor in January 2018 and settled in October 2018, and producing $10,000 in attorneys' fees, then the Debtor would be entitled to $9,000 (because the case was with the Debtor for 9/10 months that the case was active) and Cummings Law would be entitled to $1,000 (because the case was with Cummings Law for 1/10 months that the case was active).  Cummings Law would also be entitled to 100% of the expenses it incurred in the case, while the Debtor and Cummings Law would split reimbursement of any expenses incurred prior to Cummings' exit from the Debtor.

5.      Several cases that originated with the Debtor were transferred to Cummings upon his exit from the Debtor.  The division of attorneys' fees and expenses to be paid out of a settlement in these cases will be subject to the Operating Agreement.  Rather than coming before the Court each time such a case settles and there is a division of fees and expenses, the Trustee seeks approval to accept fees and expenses from the settlement of all such cases pursuant to the terms of the Operating Agreement.

6.      By this Motion, the Trustee seeks Court approval for division of  fees and expenses in cases that originated with the Debtor, but transferred to Cummings Law upon Cummings' exit from the Debtor, according to the formula established in the Operating Agreement.  While the Trustee might not be required to seek approval to simply enforce and abide by the terms of a valid operating agreement, she seeks Court approval of this fee sharing arrangement out of an abundance of caution.  The Trustee wants it to be clear to all parties, including the creditors and interested parties of the Debtor, Cummings, and defense counsel, how fees and expenses will be divided between Cummings Law and the Debtor.  The Trustee will maintain a copy of the settlement statement for each case in the case financial file.

7.      It is the Trustee's opinion that approval of the division of attorneys' fees and expenses pursuant to the terms of the Operating Agreement is appropriate and is in the best interest of the estate.  Further, it is the Trustee's opinion that this division of attorneys' fees and expenses is more beneficial to the creditors than incurring the costs of challenging the clear language of the Operating Agreement, especially since any such challenge is unlikely to be successful.

8.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157.  Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

9.     The statutory predicate for the relief requested herein is section 105 of the Bankruptcy Code and rule 9019 of the Federal Rules of Bankruptcy Procedure ("Rule 9019").

WHEREFORE, the Trustee respectfully requests that this Court enter an order in the form submitted herewith and grant such other and further relief as is appropriate under the circumstances.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6008
phillip@thompsonburton.com

*Counsel to Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served this 27th day of April, 2020, upon all parties of record through the Court's electronic filing system and by U.S. Mail to all parties listed on the creditor matrix attached hereto.

/s/ Phillip G. Young, Jr.

PROPOSED

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

## ORDER APPROVING FEE AND EXPENSE
## DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC

This matter having come before the Court on the motion (the "Motion") filed by Jeanne Ann Burton, chapter 7 trustee herein ("Trustee"), pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 9019, for an order approving the division of attorneys' fees and expenses between the Debtor and Cummings Law LLC ("Cummings Law") on all cases that originated with the Debtor but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor pursuant to the terms of the Operating Agreement described in the Motion; and no timely responses having been filed to the Motion; and the Court being satisfied that the relief herein is appropriate under the circumstances; and the court being otherwise sufficiently advised,

IT IS HEREBY FOUND THAT:

7

A.      The Trustee, in the proper exercise of her business judgment, determined that the relief afforded herein is in the best interests of the Debtor's creditors.

B.      The Amended and Restated Amended Operating Agreement of Cummings Manookian, P.L.C. dated January 30, 2017 (the "Operating Agreement") governs the division of attorneys' fees and expenses between the Debtor and Cummings Law for all cases that originated with the Debtor but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      For all cases that originated with the Debtor, but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor, the division of attorneys' fees and expenses will be divided according to the formula in Exhibit B of the Operating Agreement, which provides:

> Upon a Member's Withdrawal, a client may direct that the Company retain a Case in Progress or that the Case in Progress transfer to the withdrawing Member.  In such instance, the Company or a withdrawing Member that takes a Case in Progress shall be the "Managing Party" and the Company or withdrawing Member (or such Member's estate, guardian or conservator, as the case may be) that does not take a Case in Progress shall be the "Other Party." The Other Party will be entitled to receive any amount that is actually received by the Managing Party (either alone or with others) after the date of the Withdrawal with respect to a Case in Progress as follows:  a) 50% of the pre-Withdrawal expenses incurred by the Company that are recouped, plus b) an amount equal to the Net Fee times a fraction of the denominator of which would be the total number of months during the period commencing the day the Company first opening the Case in Progress and ending the day of receipt of fees concluding the case, and the numerator of which would be the total number of months during the period commencing the day the Company first opened the Case in Progress and ending the date of the Withdrawal.

3.      The Trustee shall maintain a copy of the settlement statement for each case in the

case financial file.

      4.     The Court will retain jurisdiction to adjudicate any disputes that may arise under

this order or the division of fees and expenses among the Debtor and Cummings Law, and the

Court will retain jurisdiction to enforce the terms of this order.

---

| This order was signed and entered electronically as indicated at the top of the first page. |
| --- |

---

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6008
phillip@thompsonburton.com

*Special Counsel to Trustee*

Label Matrix for local noticing
0650-3
Case 3:19-bk-07235
MIDDLE DISTRICT OF TENNESSEE
Nashville
Mon Apr 27 06:11:54 CDT 2020

CUMMINGS MANOOKIAN, PLLC
45 MUSIC SQUARE WEST
NASHVILLE, TN 37203-3205

D.F. Chase, Inc.

Grant, Konvalinka & Harrison, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900

LEFKOVITZ AND LEFKOVITZ, PLLC +
618 CHURCH ST STE 410
NASHVILLE, TN 37219-2452

Middle Tennessee Pulmonary
414 Union Street, Ste. 1850
1850
Nashville, TN 37219-1783

701 Broadway Room 170
Nashville, TN 37203-3979

D.F. CHASE, INC.
C/O PURYEAR LAW
104 WOODMONT BLVD, SUITE 201
Nashville TN 37205-2245

D.F. Chase, Inc.
c/o Daniel H. Puryear
104 Woodmont Blvd-Ste 201
Nashville, TN 37205-2245

DEAN CHASE ET AL
C/O PURYEAR LAW
104 WOODMONT BLVD, SUITE 201
Nashville TN 37205-2245

Dean Chase
c/o Daniel H. Puryear
104 Woodmont Blvd-Ste 201
Nashville, TN 37205-2245

GRANT KONVALINKA & HARRIS
633 CHESTNUT STREET
SUITE 900
CHATTANOOGA TN 37450-0900

George Robertson, M.D.
Family Medical Associates
414 Union Street, Ste. 1850
Nashville, TN 37219-1783

INSBANK
PHILIP FONS EVP & CHIEF CREDIT OFFICER
2106 CRESTMOOR ROAD
NASHVILLE TN 37215-2605

SANDRA CHASE
C/O PURYEAR LAW
104 WOODMONT BLVD, SUITE 201
Nashville TN 37205-2245

Sandra Chase
c/o Daniel H. Puryear
104 Woodmont Blvd-Ste 201
Nashville, TN 37205-2245

Toby Smith, M.D.
Middle Tennessee Pulmonary
414 Union Street, Ste. 1850
Nashville, TN 37219-1783

US TRUSTEE +
OFFICE OF THE UNITED STATES TRUSTEE
701 BROADWAY STE 318
NASHVILLE, TN 37203-3966

Afsoon Hagh
45 Music Square W
Nashville, TN 37203-3205

BRIAN MANOOKIAN
45 MUSIC SQUARE WEST
NASHVILLE, TN 37203-3205

George Robertson, M.D.
414 Union Street
1850
Nashville, TN 37219-1783

JEANNE ANN BURTON +
Jeanne Ann Burton PLLC
4117 Hillsboro Pk
Suite 103-116
NASHVILLE, TN 37215

Phillip Family Medical Associates
414 Union Street
1850
Nashville, TN 37219-1783

Toby Smith, M.D.
414 Union Street, Ste. 1850
1850
Nashville, TN 37219-1783

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hagh Law, PLLC

(d)Grant, Konvalinka & Harrison, P.C.
633 Chestnut Street, Suite 900
Chattanooga, TN 37450-0900

(u)Dean Chase

(u)Sandra Chase

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 23 |
| Bypassed recipients | 4 |
| Total | 27 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CUMMINGS MANOOKIAN, PLLC, | ) | Case No. 3:19-bk-07235 |
| Debtor. | ) | Chapter 7 |
| | ) | Judge Walker |
| | ) | |

---

## MOTION TO CONTINUE HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

Come now Jeanne Ann Burton, Trustee (the "Trustee"), by and through counsel, and requests a six week continuance of the hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion"). In support for this request, the Trustee states that Trustee's counsel and Debtor's counsel are in agreement that this matter should be continued so as to coincide with other matters scheduled in this case.

Therefore, the Trustee requests that the hearing currently scheduled for May 19, 2020 be reset on or after June 30, 2020.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |
| | ) | |

---

**ORDER CONTINUING HEARING ON**
**TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS**

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on May 19, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on May 19, 2020 is hereby be reset to _____, 2020 at \_\_\_\_ **a.m.** in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 5/18/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

---

## ORDER CONTINUING HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on May 19, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on May 19, 2020 is hereby be reset to __June 30__, 2020 at __10:15__ a.m. in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
### INDICATED AT THE TOP OF THE FIRST PAGE

---

330

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

IN RE:                           *
                                 *      CASE NO.:  3:19-bk-07235
CUMMINGS MANOOKIAN, PLLC,        *
                                 *      CHAPTER 7
        Debtor.                  *

## OBJECTION/RESPONSE TO TRUSTEE'S MOTION TO APPROVE
## FEE AND EXPENSE DIVISION AMONG DEBTOR AND CUMMINGS LAW, LLC

> **DEADLINE FOR FILING RESPONSES IS MAY 18, 2020. A HEARING WILL BE HELD ON THE OJBECTION/RESPONSE TO TRUSTEE'S MOTION TO APPROVE FEE AND EXPENSE DIVISION AMONG DEBTOR AND CUMMINGS LAW, LLC (DOC. 73) ON MAY 26, 2020 AT 10:00 A.M. IN COURTROOM TWO, 2ND FLOOR, CUSTOMS HOUSE, 701 BROADWAY, NASHVILLE, TENNESSEE.**

Comes Grant, Konvalinka & Harrison, P.C. ("GKH") and files its Objection/Response to the Trustee's Motion to Approve Fee and Expense Division Among Debtor and Cummings Law, LLC (Doc. 73). In support of its Objection/Response, GKH would show:

1.      Cummings Manookian, PLLC filed its Chapter 7 bankruptcy on November 6, 2019.

2.      GKH is a creditor of the Debtor holding a Judgment in the amount of $295,305.27 entered by the Chancery Court of Hamilton County, Tennessee, on April 8, 2019.

3.      On April 27, 2020, the Trustee, through counsel, filed a Notice of Trustee's Motion to Approve Fee and Expense Division Among Debtor and Cummings Law, LLC, requesting Court approval for division of fees and expenses in cases that originated with the Debtor but transferred to Cummings Law, LLC upon the exit of Brian Cummings from the Debtor. The Motion seeks approval for division of the fees pursuant to an agreement which purports to have been established

1

by the Amended and Restated Amended Operating Agreement of Cummings Manookian, PLLC dated January 30, 2017 (the "Operating Agreement").

4.      The Trustee did not attach a copy of the Operating Agreement to the Motion and creditors such as GKH should be able to review the document in order to determine whether the Trustee's Motion should be granted.

5.      The Trustee's Motion does not provide creditors with information as to what cases are affected by the Motion, when those cases were filed, the amount of fees involved and similar information.  Creditors cannot adequately evaluate the Trustee's Motion without that information.

WHEREFORE, Grant, Konvalinka & Harrison, P.C. prays the Court to deny the Trustee's Motion to Approve Fee and Expense Division Among Debtor and Cummings Law, LLC until sufficient information is provided to creditors to evaluate the Motion.

Respectfully submitted,

GRANT, KONVALINKA & HARRISON, P.C.

By: /s/ *Harry R. Cash*

HARRY R. CASH (BPR #9385)
633 Chestnut Street, Suite 900
Chattanooga, Tennessee  37450-0900
423-756-8400
423-756-6518 - facsimile

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, a true and exact copy of the foregoing Objection to Trustee's Motion to Approve Fee and Expense Division Among Debtor and Cummings Law, LLC was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the Notice of Electronic Filing. In addition, a copy was sent by regular U.S. mail with sufficient postage thereon to deliver same to the following:

Jeanne Ann Burton, Trustee
Jeanne Ann Burton, PLLC
4117 Hillsboro Pike, Suite 103-106
Nashville, TN 37215

United States Trustee
701 Broadway
Customs House, Suite 318
Nashville, TN 37203

Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067

_____/s/ Harry R. Cash_____

Form clkinq

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>3:19−bk−07235</u>
### Chapter 7

In re:
    CUMMINGS MANOOKIAN, PLLC
    45 MUSIC SQUARE WEST
    NASHVILLE, TN 37203

Social Security No.:

Employer's Tax I.D. No.:
    47−2636732

---

### CLERK'S REMARK

---

Clerk's Remark − The related document has the following defect(s): Document submitted under incorrect event.. (RE: related document(s)77 Objection to Trustee's Motion to Approve Fee and Expense Division Among Debtor and Cummings Law, LLC. Filed on the behalf of: Creditor Grant, Konvalinka & Harrison, P.C. (RE: related document(s)73).) (lel)

Dated: <u>5/19/20</u>                           <u>TERESA C. AZAN</u>
                                                  Court Clerk

```
In re:                                              Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                            Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0650-3        User: anm0611        Page 1 of 1          Date Rcvd: May 18, 2020
                            Form ID: pdf001       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
db              +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
              CRAIG VERNON GABBERT, JR   on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
              bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR   on behalf of Interested Party   Hagh Law, PLLC cgabbert@bassberry.com,
              bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR   on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
              bankr@bassberry.com;delores.walker@bassberry.com
              CRAIG VERNON GABBERT, JR   on behalf of Defendant   Hagh Law PLLC cgabbert@bassberry.com,
              bankr@bassberry.com;delores.walker@bassberry.com
              DANIEL HAYS PURYEAR   on behalf of Creditor   D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
              paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR   on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
              paralegalgroup@puryearlawgroup.com
              DANIEL HAYS PURYEAR   on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
              paralegalgroup@puryearlawgroup.com
              GLENN BENTON ROSE   on behalf of Interested Party   Hagh Law, PLLC grose@bassberry.com,
              bankr@bassberry.com
              GLENN BENTON ROSE   on behalf of Interested Party Afsoon  Hagh grose@bassberry.com,
              bankr@bassberry.com
              GLENN BENTON ROSE   on behalf of Defendant Afsoon  Hagh grose@bassberry.com, bankr@bassberry.com
              GLENN BENTON ROSE   on behalf of Defendant   Hagh Law PLLC grose@bassberry.com,
              bankr@bassberry.com
              HARRY R CASH   on behalf of Creditor   Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
              hdowney@gkhpc.com
              JEANNE ANN BURTON   TN24@ecfcbis.com
              JOHN TATE SPRAGENS   on behalf of Defendant   Manookian PLLC JOHN@SPRAGENSLAW.COM
              JOHN TATE SPRAGENS   on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM
              JOHN TATE SPRAGENS   on behalf of Defendant   Hagh Law PLLC JOHN@SPRAGENSLAW.COM
              LEFKOVITZ AND LEFKOVITZ, PLLC   on behalf of Debtor   CUMMINGS MANOOKIAN, PLLC
              slefkovitz@lefkovitz.com,
              stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
              2946@notify.bestcase.com;mspezia@lefkovitz.com
              MEGAN REED SELIBER   on behalf of U.S. Trustee   US TRUSTEE megan.seliber@usdoj.gov
              PHILLIP G YOUNG   on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
              PHILLIP G YOUNG   on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
              PHILLIP L NORTH   on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
              PHILLIP L NORTH   on behalf of Creditor   Middle Tennessee Pulmonary pn@npr.legal
              PHILLIP L NORTH   on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
              PHILLIP L NORTH   on behalf of Creditor George  Robertson, M.D. pn@npr.legal
              US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                         TOTAL: 25

336



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 5/18/2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CUMMINGS MANOOKIAN, PLLC,** | ) **Case No. 3:19-bk-07235** |
| Debtor. | ) **Chapter 7** |
| | ) **Judge Walker** |

---

## ORDER CONTINUING HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on May 19, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on May 19, 2020 is hereby be reset to ___June 30___, **2020 at _10:15_ a.m.** in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

### THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
### INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| Debtor. | ) | **Chapter 7** |
| | ) | **Judge Walker** |

---

## MOTION TO CONTINUE HEARING ON TRUSTEE'S MOTION TO APPROVE FEE AND EXPENSE DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC

Come now Jeanne Ann Burton, Trustee (the "Trustee"), by and through counsel, and requests a two-week continuance of the hearing on the Trustee's Motion to Approve Fee and Expenses Division Among Debtor and Cummings Law, LLC (the "Motion"). In support for this request, the Trustee states that Trustee's counsel and the lone objecting party are in agreement that this matter should be continued as the parties are attempting to resolve the basis of the objection. The parties believe that, with a two-week continuance, they will likely be able to resolve this matter.

Therefore, the Trustee requests that the hearing currently scheduled for May 26, 2020 be reset on or after June 9, 2020.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

IN RE:                               )

                                       )

CUMMINGS MANOOKIAN, PLLC,   )    Case No. 3:19-bk-07235
      Debtor.                      )    Chapter 7
                                       )    Judge Walker

---

## ORDER CONTINUING HEARING ON TRUSTEE'S MOTION TO APPROVE FEE AND EXPENSE DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC

---

This matter is currently set for a hearing on the Trustee's Motion to Approve Fee and Expenses Division Among Debtor and Cummings Law, LLC (the "Motion") on May 26, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Approve Fee and Expenses Division Among Debtor and Cummings Law, LLC (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion presently set on May 26, 2020 is hereby be reset to _____, 2020 at _____ a.m. in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 5/26/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **IN RE:**           ) | |
|           ) | |
| **CUMMINGS MANOOKIAN, PLLC,**   ) | **Case No. 3:19-bk-07235** |
|       **Debtor.**         ) | **Chapter 7** |
|           ) | **Judge Walker** |

## ORDER CONTINUING HEARING ON TRUSTEE'S MOTION TO APPROVE FEE AND EXPENSE DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC

This matter is currently set for a hearing on the Trustee's Motion to Approve Fee and

Expenses Division Among Debtor and Cummings Law, LLC (the "Motion") on May 26, 2020.

Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Approve Fee and

Expenses Division Among Debtor and Cummings Law, LLC (the "Motion to Continue") filed by

the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause

exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion presently set on May 26, 2020 is hereby

be reset to __JUNE 9_____, 2020 at __10:00__ a.m. ~~in Courtroom 2, Second Floor, Customs~~

~~House, 701 Broadway, Nashville, Tennessee 37203.~~ VIA AT&T teleconference by dialing

888-363-4749, Access Code 7250422.

342

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

343

```
In re:                                               Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                              Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0650-3          User: anm0611         Page 1 of 2          Date Rcvd: May 26, 2020
                              Form ID: pdf001        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
```
db              +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
```
          CRAIG VERNON GABBERT, JR    on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Interested Party    Hagh Law, PLLC cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Defendant    Hagh Law PLLC cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
          DANIEL HAYS PURYEAR    on behalf of Creditor    D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR    on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR    on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
          GLENN BENTON ROSE    on behalf of Interested Party    Hagh Law, PLLC grose@bassberry.com,
          bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Interested Party Afsoon  Hagh grose@bassberry.com,
          bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Defendant Afsoon  Hagh grose@bassberry.com, bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Defendant    Hagh Law PLLC grose@bassberry.com,
          bankr@bassberry.com
          HARRY R CASH    on behalf of Creditor    Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
          hdowney@gkhpc.com
          JEANNE ANN BURTON    TN24@ecfcbis.com
          JOHN TATE SPRAGENS    on behalf of Defendant    Manookian PLLC JOHN@SPRAGENSLAW.COM,
          4950469420@filings.docketbird.com
          JOHN TATE SPRAGENS    on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM,
          4950469420@filings.docketbird.com
          JOHN TATE SPRAGENS    on behalf of Defendant    Hagh Law PLLC JOHN@SPRAGENSLAW.COM,
          4950469420@filings.docketbird.com
          LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor    CUMMINGS MANOOKIAN, PLLC
          slefkovitz@lefkovitz.com,
          stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
          2946@notify.bestcase.com;mspezia@lefkovitz.com
          MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov
          PHILLIP G YOUNG    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
          PHILLIP G YOUNG    on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
          PHILLIP L NORTH    on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor    Middle Tennessee Pulmonary pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor George  Robertson, M.D. pn@npr.legal
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
```

344

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 25

Charles M. Walker
U.S. Bankruptcy Judge
       Dated: 5/26/2020



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

IN RE:                       )

                            )

**CUMMINGS MANOOKIAN, PLLC,**    )    **Case No. 3:19-bk-07235**
        **Debtor.**                )    **Chapter 7**

                            )    **Judge Walker**

---

## ORDER CONTINUING HEARING ON TRUSTEE'S MOTION TO APPROVE FEE AND EXPENSE DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC

---

This matter is currently set for a hearing on the Trustee's Motion to Approve Fee and Expenses Division Among Debtor and Cummings Law, LLC (the "Motion") on May 26, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Approve Fee and Expenses Division Among Debtor and Cummings Law, LLC (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion presently set on May 26, 2020 is hereby be reset to ___JUNE 9_____, 2020 at __10:00__a.m. ~~in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.~~ VIA AT&T teleconference by dialing 888-363-4749, Access Code 7250422.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

**ORDER APPROVING FEE AND EXPENSE**
**DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC**

This matter having come before the Court on the motion (the "Motion") filed by Jeanne Ann Burton, chapter 7 trustee herein ("Trustee"), pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 9019, for an order approving the division of attorneys' fees and expenses between the Debtor and Cummings Law LLC ("Cummings Law") on all cases that originated with the Debtor but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor pursuant to the terms of the Operating Agreement described in the Motion; and Grant, Konvalinka & Harrison, P.C., a creditor herein, having filed an objection to the Motion (the "Objection") (Doc. 77); and the Objection having been withdrawn by the objecting creditor; and no other party having timely filed an objection; and the Court being satisfied that the relief herein is appropriate under the circumstances; and the court being otherwise sufficiently advised,

IT IS HEREBY FOUND THAT:

A.     The Trustee, in the proper exercise of her business judgment, determined that the relief afforded herein is in the best interests of the Debtor's creditors.

B.     The  Amended and Restated Amended Operating Agreement of Cummings Manookian, P.L.C. dated January 30, 2017 (the "Operating Agreement") governs the division of attorneys' fees and expenses between the Debtor and Cummings Law for all cases that originated with the Debtor but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Motion is granted.

2.     For all cases that originated with the Debtor, but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor, the division of attorneys' fees and expenses will be divided according to the formula in Exhibit B of the Operating Agreement, which provides:

> Upon a Member's Withdrawal, a client may direct that the Company retain a Case in Progress or that the Case in Progress transfer to the withdrawing Member.  In such instance, the Company or a withdrawing Member that takes a Case in Progress shall be the "Managing Party" and the Company or withdrawing Member (or such Member's estate, guardian or conservator, as the case may be) that does not take a Case in Progress shall be the "Other Party." The Other Party will be entitled to receive any amount that is actually received by the Managing Party (either alone or with others) after the date of the Withdrawal with respect to a Case in Progress as follows:  a) 50% of the pre-Withdrawal expenses incurred by the Company that are recouped, plus b) an amount equal to the Net Fee times a fraction of the denominator of which would be the total number of months during the period commencing the day the Company first opening the Case in Progress and ending the day of receipt of fees concluding the case, and the numerator of which would be the total number of months during the period commencing the day the Company first opened the Case in Progress and ending the date of the Withdrawal.

2

3.     The Trustee shall maintain a copy of the settlement statement for each case in the case financial file.

4.     The Court will retain jurisdiction to adjudicate any disputes that may arise under this order or the division of fees and expenses among the Debtor and Cummings Law, and the Court will retain jurisdiction to enforce the terms of this order.

> This order was signed and entered electronically as indicated at the top of the first page.

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6008
phillip@thompsonburton.com

*Special Counsel to Trustee*

350



Charles M. Walker
U.S. Bankruptcy Judge
   Dated: 6/10/2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

### ORDER APPROVING FEE AND EXPENSE
### DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC

     This matter having come before the Court on the motion (the "Motion") filed by Jeanne Ann Burton, chapter 7 trustee herein ("Trustee"), pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 9019, for an order approving the division of attorneys' fees and expenses between the Debtor and Cummings Law LLC ("Cummings Law") on all cases that originated with the Debtor but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor pursuant to the terms of the Operating Agreement described in the Motion; and Grant, Konvalinka & Harrison, P.C., a creditor herein, having filed an objection to the Motion (the "Objection") (Doc. 77); and the Objection having been withdrawn by the objecting creditor; and no other party having timely filed an objection; and the Court being satisfied that the relief herein is appropriate under the circumstances; and the court being otherwise sufficiently advised,

IT IS HEREBY FOUND THAT:

A.     The Trustee, in the proper exercise of her business judgment, determined that the relief afforded herein is in the best interests of the Debtor's creditors.

B.     The  Amended  and  Restated  Amended  Operating  Agreement  of  Cummings Manookian, P.L.C. dated January 30, 2017 (the "Operating Agreement") governs the division of attorneys' fees and expenses between the Debtor and Cummings Law for all cases that originated with the Debtor but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.     The Motion is granted.

2.     For all cases that originated with the Debtor, but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor, the division of attorneys' fees and expenses will be divided according to the formula in Exhibit B of the Operating Agreement, which provides:

> Upon a Member's Withdrawal, a client may direct that the Company retain a Case in Progress or that the Case in Progress transfer to the withdrawing Member.  In such instance, the Company or a withdrawing Member that takes a Case in Progress shall be the "Managing Party" and the Company or withdrawing Member (or such Member's estate, guardian or conservator, as the case may be) that does not take a Case in Progress shall be the "Other Party."
> The Other Party will be entitled to receive any amount that is actually received by the Managing Party (either alone or with others) after the date of the Withdrawal with respect to a Case in Progress as follows:  a) 50% of the pre-Withdrawal expenses incurred by the Company that are recouped, plus b) an amount equal to the Net Fee times a fraction of the denominator of which would be the total number of months during the period commencing the day the Company first opening the Case in Progress and ending the day of receipt of fees concluding the case, and the numerator of which would be the total number of months during the period commencing the day the Company first opened the Case in Progress and ending the date of the Withdrawal.

2

3.     The Trustee shall maintain a copy of the settlement statement for each case in the case financial file.

4.     The Court will retain jurisdiction to adjudicate any disputes that may arise under this order or the division of fees and expenses among the Debtor and Cummings Law, and the Court will retain jurisdiction to enforce the terms of this order.

| This order was signed and entered electronically as indicated at the top of the first page. |
| --- |

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6008
phillip@thompsonburton.com

*Special Counsel to Trustee*

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

In re:                                                              Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3        User: anm0611         Page 1 of 2            Date Rcvd: Jun 10, 2020
                            Form ID: pdf001       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db              +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
          CRAIG VERNON GABBERT, JR    on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Interested Party    Hagh Law, PLLC cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          CRAIG VERNON GABBERT, JR    on behalf of Defendant    Hagh Law PLLC cgabbert@bassberry.com,
           bankr@bassberry.com;delores.walker@bassberry.com
          DANIEL HAYS PURYEAR    on behalf of Creditor    D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
           paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR    on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
           paralegalgroup@puryearlawgroup.com
          DANIEL HAYS PURYEAR    on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
           paralegalgroup@puryearlawgroup.com
          GLENN BENTON ROSE    on behalf of Interested Party    Hagh Law, PLLC grose@bassberry.com,
           bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Interested Party Afsoon  Hagh grose@bassberry.com,
           bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Defendant Afsoon  Hagh grose@bassberry.com, bankr@bassberry.com
          GLENN BENTON ROSE    on behalf of Defendant    Hagh Law PLLC grose@bassberry.com,
           bankr@bassberry.com
          HARRY R CASH    on behalf of Creditor    Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
           hdowney@gkhpc.com
          JEANNE ANN BURTON    TN24@ecfcbis.com
          JOHN TATE SPRAGENS    on behalf of Defendant    Manookian PLLC JOHN@SPRAGENSLAW.COM,
           4950469420@filings.docketbird.com
          JOHN TATE SPRAGENS    on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM,
           4950469420@filings.docketbird.com
          JOHN TATE SPRAGENS    on behalf of Defendant    Hagh Law PLLC JOHN@SPRAGENSLAW.COM,
           4950469420@filings.docketbird.com
          LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor    CUMMINGS MANOOKIAN, PLLC
           slefkovitz@lefkovitz.com,
           stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
           2946@notify.bestcase.com;mspezia@lefkovitz.com
          MEGAN REED SELIBER    on behalf of U.S. Trustee    US TRUSTEE megan.seliber@usdoj.gov
          PHILLIP G YOUNG    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
          PHILLIP G YOUNG    on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
          PHILLIP L NORTH    on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor    Middle Tennessee Pulmonary pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
          PHILLIP L NORTH    on behalf of Creditor George  Robertson, M.D. pn@npr.legal
          US TRUSTEE    ustpregion08.na.ecf@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 25



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/10/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| Debtor. | ) | **Chapter 7** |
| | ) | **Judge Walker** |

## ORDER APPROVING FEE AND EXPENSE
## DIVISION AMONG DEBTOR AND CUMMINGS LAW LLC

This matter having come before the Court on the motion (the "Motion") filed by Jeanne Ann Burton, chapter 7 trustee herein ("Trustee"), pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 9019, for an order approving the division of attorneys' fees and expenses between the Debtor and Cummings Law LLC ("Cummings Law") on all cases that originated with the Debtor but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor pursuant to the terms of the Operating Agreement described in the Motion; and Grant, Konvalinka & Harrison, P.C., a creditor herein, having filed an objection to the Motion (the "Objection") (Doc. 77); and the Objection having been withdrawn by the objecting creditor; and no other party having timely filed an objection; and the Court being satisfied that the relief herein is appropriate under the circumstances; and the court being otherwise sufficiently advised,

IT IS HEREBY FOUND THAT:

A.      The Trustee, in the proper exercise of her business judgment, determined that the relief afforded herein is in the best interests of the Debtor's creditors.

B.      The   Amended and Restated Amended Operating Agreement of Cummings Manookian, P.L.C. dated January 30, 2017 (the "Operating Agreement") governs the division of attorneys' fees and expenses between the Debtor and Cummings Law for all cases that originated with the Debtor but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      For all cases that originated with the Debtor, but were transferred to Cummings Law upon the exit of Brian Cummings from membership of the Debtor, the division of attorneys' fees and expenses will be divided according to the formula in Exhibit B of the Operating Agreement, which provides:

> Upon a Member's Withdrawal, a client may direct that the Company retain a Case in Progress or that the Case in Progress transfer to the withdrawing Member.  In such instance, the Company or a withdrawing Member that takes a Case in Progress shall be the "Managing Party" and the Company or withdrawing Member (or such Member's estate, guardian or conservator, as the case may be) that does not take a Case in Progress shall be the "Other Party."
> The Other Party will be entitled to receive any amount that is actually received by the Managing Party (either alone or with others) after the date of the Withdrawal with respect to a Case in Progress as follows:  a) 50% of the pre-Withdrawal expenses incurred by the Company that are recouped, plus b) an amount equal to the Net Fee times a fraction of the denominator of which would be the total number of months during the period commencing the day the Company first opening the Case in Progress and ending the day of receipt of fees concluding the case, and the numerator of which would be the total number of months during the period commencing the day the Company first opened the Case in Progress and ending the date of the Withdrawal.

2

3.       The Trustee shall maintain a copy of the settlement statement for each case in the case financial file.

4.       The Court will retain jurisdiction to adjudicate any disputes that may arise under this order or the division of fees and expenses among the Debtor and Cummings Law, and the Court will retain jurisdiction to enforce the terms of this order.

---

This order was signed and entered electronically as indicated at the top of the first page.

---

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6008
phillip@thompsonburton.com

*Special Counsel to Trustee*

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

358

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

---

**MOTION TO CONTINUE HEARING ON**
**TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS**

---

Come now Jeanne Ann Burton, Trustee (the "Trustee"), by and through counsel, and requests a six week continuance of the hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion"). In support for this request, the Trustee states that Trustee's counsel and Debtor's counsel are in agreement that this matter should be continued so as to coincide with other matters scheduled in this case.

Therefore, the Trustee requests that the hearing currently scheduled for June 30, 2020 be reset on or after August 18, 2020.

Respectfully Submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| Debtor. | ) | **Chapter 7** |
| | ) | **Judge Walker** |

---

## ORDER CONTINUING HEARING ON
## TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on June 30, 2020.  Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on June 30, 2020 is hereby be reset to _____, 2020 at _____ **a.m.** in Courtroom 2, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee 37203.

---

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

_(signature)_

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/29/2020



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

---

### ORDER CONTINUING HEARING ON
### TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of

Records (the "Motion to Compel") on June 30, 2020.  Upon consideration of the Motion to

Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue")

filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that

good cause exists and, therefore,

**IT IS ORDERED** that the hearing on the Motion to Compel presently set on June 30, 2020

is hereby be reset to _AUGUST 18_, **2020 at** _10:15 A.M._ ~~a.m. in Courtroom 2, Second Floor,~~ via AT&T telephonic

~~Customs House, 701 Broadway, Nashville, Tennessee 37203.~~ hearing by calling,

888-363-4749, Code 7250422#.

---

> THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
> INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

```
In re:                                                    Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                                  Chapter 7
            Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0650-3        User: anm0611        Page 1 of 2       Date Rcvd: Jun 29, 2020
                            Form ID: pdf001       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db              +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
```
        CRAIG VERNON GABBERT, JR    on behalf of Defendant Afsoon  Hagh cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
        CRAIG VERNON GABBERT, JR    on behalf of Interested Party   Hagh Law, PLLC cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
        CRAIG VERNON GABBERT, JR    on behalf of Interested Party Afsoon  Hagh cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
        CRAIG VERNON GABBERT, JR    on behalf of Defendant   Hagh Law PLLC cgabbert@bassberry.com,
          bankr@bassberry.com;delores.walker@bassberry.com
        DANIEL HAYS PURYEAR    on behalf of Creditor   D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
        DANIEL HAYS PURYEAR    on behalf of Creditor Sandra  Chase dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
        DANIEL HAYS PURYEAR    on behalf of Creditor Dean  Chase dpuryear@puryearlawgroup.com,
          paralegalgroup@puryearlawgroup.com
        GLENN BENTON ROSE    on behalf of Interested Party   Hagh Law, PLLC grose@bassberry.com,
          bankr@bassberry.com
        GLENN BENTON ROSE    on behalf of Interested Party Afsoon  Hagh grose@bassberry.com,
          bankr@bassberry.com
        GLENN BENTON ROSE    on behalf of Defendant Afsoon  Hagh grose@bassberry.com, bankr@bassberry.com
        GLENN BENTON ROSE    on behalf of Defendant   Hagh Law PLLC grose@bassberry.com,
          bankr@bassberry.com
        HARRY R CASH    on behalf of Creditor   Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
          hdowney@gkhpc.com
        JEANNE ANN BURTON    TN24@ecfcbis.com
        JOHN TATE SPRAGENS    on behalf of Defendant   Manookian PLLC JOHN@SPRAGENSLAW.COM,
          4950469420@filings.docketbird.com
        JOHN TATE SPRAGENS    on behalf of Defendant Afsoon  Hagh JOHN@SPRAGENSLAW.COM,
          4950469420@filings.docketbird.com
        JOHN TATE SPRAGENS    on behalf of Defendant   Hagh Law PLLC JOHN@SPRAGENSLAW.COM,
          4950469420@filings.docketbird.com
        LEFKOVITZ AND LEFKOVITZ, PLLC    on behalf of Debtor   CUMMINGS MANOOKIAN, PLLC
          slefkovitz@lefkovitz.com,
          stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
          2946@notify.bestcase.com;mspezia@lefkovitz.com
        MEGAN REED SELIBER    on behalf of U.S. Trustee   US TRUSTEE megan.seliber@usdoj.gov
        PHILLIP G YOUNG    on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
        PHILLIP G YOUNG    on behalf of Trustee JEANNE ANN BURTON phillip@thompsonburton.com
        PHILLIP L NORTH    on behalf of Creditor Toby  Smith, M.D. pn@npr.legal
        PHILLIP L NORTH    on behalf of Creditor   Middle Tennessee Pulmonary pn@npr.legal
        PHILLIP L NORTH    on behalf of Creditor Phillip  Family Medical Associates pn@npr.legal
        PHILLIP L NORTH    on behalf of Creditor George  Robertson, M.D. pn@npr.legal
        US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                    TOTAL: 25

*Charles M. Walker*
U.S. Bankruptcy Judge
Dated: 6/29/2020



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **IN RE:** | ) |
| | ) |
| **CUMMINGS MANOOKIAN, PLLC,** | )   **Case No. 3:19-bk-07235** |
|     **Debtor.** | )   **Chapter 7** |
| | )   **Judge Walker** |

---

### ORDER CONTINUING HEARING ON
### TRUSTEE'S MOTION TO COMPEL TURNOVER OF RECORDS

---

      This matter is currently set for a hearing on the Trustee's Motion to Compel Turnover of Records (the "Motion to Compel") on June 30, 2020. Upon consideration of the Motion to Continue Hearing on Trustee's Motion to Compel Turnover of Records (the "Motion to Continue") filed by the Trustee, and for the reasons set forth in the Motion to Continue, the Court finds that good cause exists and, therefore,

      **IT IS ORDERED** that the hearing on the Motion to Compel presently set on June 30, 2020 is hereby be reset to ___AUGUST 18___, 2020 at ___ **a.m.** ~~10:15 A.M~~ ~~in Courtroom 2, Second Floor,~~ ~~Customs House, 701 Broadway, Nashville, Tennessee 37203.~~ via AT&T telephonic hearing by calling, 888-363-4749, Code 7250422#.

---

| THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE |
|---|

APPROVED FOR ENTRY:


/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: (615) 465-6000
phillip@thompsonburton.com

Special Counsel to Jeanne Ann Burton, Trustee

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

## ORDER COMPELLING TURNOVER OF DOCUMENTS

This matter came before the Court for a hearing (the "Hearing") on August 18, 2020 on the

Trustee's Motion to Compel Turnover of Records (Doc. 32) (the "Motion") filed by Jeanne Ann

Burton, chapter 7 trustee herein ("Trustee"), pursuant to section 521(a)(4) of the Bankruptcy Code,

in which the Trustee seeks an order compelling the Debtor, Cummings Manookian PLC (the

"Debtor"), and the Debtor's corporate representative, Brian Manookian ("Manookian"), to

turnover certain records of the Debtor; and appearances at the Hearing having been made by Phillip

G. Young on behalf of the Trustee and Steve Lefkovitz on behalf of the Debtor; and responses (the

"Responses") to the Motion having been filed by the Debtor and Manookian; and no other party

having timely filed an objection or response; and after consideration of the Motion, the Responses,

and arguments of counsel at the Hearing, the Court being satisfied that the relief sought by the

Motion is appropriate under the circumstances; and the court being otherwise sufficiently advised,

IT IS HEREBY FOUND THAT:

A.      The relief sought in the Motion is warranted and well-founded.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      Cummings Manookian, PLC and its corporate representative, Brian Manookian, are hereby directed and ordered to produce the following documents within ten (10) days of the entry of this order:

a.      Copies of all bank statements for all of Debtor's accounts from November 1, 2017 to the Petition Date;

b.      Copies of all credit card statements for any credit card account maintained by or used by the Debtor from November 1, 2017 to the Petition Date;

c.      Copies of all tax returns (including all schedules) for 2017 and 2019;

d.      Copies of any leases to which the Debtor was a party from November 1, 2017 to the Petition Date (including, but not limited to, real property leases), and any correspondence related to those leases;

e.      Copies of any disengagement letters, or any other correspondence regarding the withdrawal of representation by the Debtor, with regard to any case wherein the Debtor represented any party as of September 1, 2018;

f.      Copies of proof of delivery (e.g., FedEx receipts or certified mail receipts) for correspondence referenced in paragraph (e) herein.

2

3.     The Debtor and Manookian are directed to produce the documents listed in

Paragraph 2 to the Trustee's counsel at the following address:

> Phillip G. Young
> 6100 Tower Circle, Suite 200
> Franklin, Tennessee 37067.

---

This order was signed and entered electronically as indicated at the top of the first page.

---

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6008
phillip@thompsonburton.com

*Special Counsel to Trustee*

370



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 8/19/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| **Debtor.** | ) | **Chapter 7** |
| | ) | **Judge Walker** |

## ORDER COMPELLING TURNOVER OF DOCUMENTS

This matter came before the Court for a hearing (the "Hearing") on August 18, 2020 on the Trustee's Motion to Compel Turnover of Records (Doc. 32) (the "Motion") filed by Jeanne Ann Burton, chapter 7 trustee herein ("Trustee"), pursuant to section 521(a)(4) of the Bankruptcy Code, in which the Trustee seeks an order compelling the Debtor, Cummings Manookian PLC (the "Debtor"), and the Debtor's corporate representative, Brian Manookian ("Manookian"), to turnover certain records of the Debtor; and appearances at the Hearing having been made by Phillip G. Young on behalf of the Trustee and Steve Lefkovitz on behalf of the Debtor; and responses (the "Responses") to the Motion having been filed by the Debtor and Manookian; and no other party having timely filed an objection or response; and after consideration of the Motion, the Responses, and arguments of counsel at the Hearing, the Court being satisfied that the relief sought by the Motion is appropriate under the circumstances; and the court being otherwise sufficiently advised,

IT IS HEREBY FOUND THAT:

A.      The relief sought in the Motion is warranted and well-founded.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      Cummings Manookian, PLC and its corporate representative, Brian Manookian, are hereby directed and ordered to produce the following documents within ten (10) days of the entry of this order:

a.      Copies of all bank statements for all of Debtor's accounts from November 1, 2017 to the Petition Date;

b.      Copies of all credit card statements for any credit card account maintained by or used by the Debtor from November 1, 2017 to the Petition Date;

c.      Copies of all tax returns (including all schedules) for 2017 and 2019;

d.      Copies of any leases to which the Debtor was a party from November 1, 2017 to the Petition Date (including, but not limited to, real property leases), and any correspondence related to those leases;

e.      Copies of any disengagement letters, or any other correspondence regarding the withdrawal of representation by the Debtor, with regard to any case wherein the Debtor represented any party as of September 1, 2018;

f.      Copies of proof of delivery (e.g., FedEx receipts or certified mail receipts) for correspondence referenced in paragraph (e) herein.

3. The Debtor and Manookian are directed to produce the documents listed in Paragraph 2 to the Trustee's counsel at the following address:

> Phillip G. Young
> 6100 Tower Circle, Suite 200
> Franklin, Tennessee 37067.

---

| This order was signed and entered electronically as indicated at the top of the first page. |
| --- |

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6008
phillip@thompsonburton.com

*Special Counsel to Trustee*

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

3

373

United States Bankruptcy Court
Middle District of Tennessee

In re:                                                         Case No. 19-07235-CMW
CUMMINGS MANOOKIAN, PLLC                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3        User: anm0611        Page 1 of 1        Date Rcvd: Aug 19, 2020
                           Form ID: pdf001       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
db              +CUMMINGS MANOOKIAN, PLLC,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205
intp            +BRIAN MANOOKIAN,   45 MUSIC SQUARE WEST,   NASHVILLE, TN 37203-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
            CRAIG VERNON GABBERT, JR   on behalf of Defendant   Hagh Law PLLC cgabbert@bassberry.com,
            bankr@bassberry.com;delores.walker@bassberry.com
            DANIEL HAYS PURYEAR   on behalf of Creditor   D.F. Chase, Inc. dpuryear@puryearlawgroup.com,
            paralegalgroup@puryearlawgroup.com
            GLENN BENTON ROSE   on behalf of Defendant   Hagh Law PLLC grose@bassberry.com,
            bankr@bassberry.com
            HARRY R CASH   on behalf of Creditor   Grant, Konvalinka & Harrison, P.C. hcash@gkhpc.com,
            hdowney@gkhpc.com
            JEANNE ANN BURTON   TN24@ecfcbis.com
            JOHN TATE SPRAGENS   on behalf of Defendant   Hagh Law PLLC JOHN@SPRAGENSLAW.COM,
            4950469420@filings.docketbird.com
            LEFKOVITZ AND LEFKOVITZ, PLLC   on behalf of Debtor   CUMMINGS MANOOKIAN, PLLC
            slefkovitz@lefkovitz.com,
            stevelefkovitz@aol.com;sllbkecf@gmail.com;khancock@lefkovitz.com;lefkovitzcvlecf@lefkovitz.com;r5
            2946@notify.bestcase.com;mspezia@lefkovitz.com
            MEGAN REED SELIBER   on behalf of U.S. Trustee   US TRUSTEE megan.seliber@usdoj.gov
            PHILLIP G YOUNG   on behalf of Plaintiff Jeanne Ann Burton phillip@thompsonburton.com
            PHILLIP L NORTH   on behalf of Creditor   Middle Tennessee Pulmonary pn@npr.legal
            US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                            TOTAL: 11

374



Charles M. Walker
U.S. Bankruptcy Judge
Dated: 8/19/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CUMMINGS MANOOKIAN, PLLC,** | ) | **Case No. 3:19-bk-07235** |
| Debtor. | ) | **Chapter 7** |
| | ) | **Judge Walker** |

## <u>ORDER COMPELLING TURNOVER OF DOCUMENTS</u>

This matter came before the Court for a hearing (the "Hearing") on August 18, 2020 on the

Trustee's Motion to Compel Turnover of Records (Doc. 32) (the "Motion") filed by Jeanne Ann

Burton, chapter 7 trustee herein ("Trustee"), pursuant to section 521(a)(4) of the Bankruptcy Code,

in which the Trustee seeks an order compelling the Debtor, Cummings Manookian PLC (the

"Debtor"), and the Debtor's corporate representative, Brian Manookian ("Manookian"), to

turnover certain records of the Debtor; and appearances at the Hearing having been made by Phillip

G. Young on behalf of the Trustee and Steve Lefkovitz on behalf of the Debtor; and responses (the

"Responses") to the Motion having been filed by the Debtor and Manookian; and no other party

having timely filed an objection or response; and after consideration of the Motion, the Responses,

and arguments of counsel at the Hearing, the Court being satisfied that the relief sought by the

Motion is appropriate under the circumstances; and the court being otherwise sufficiently advised,

IT IS HEREBY FOUND THAT:

A.      The relief sought in the Motion is warranted and well-founded.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.

2.      Cummings Manookian, PLC and its corporate representative, Brian Manookian, are hereby directed and ordered to produce the following documents within ten (10) days of the entry of this order:

a.      Copies of all bank statements for all of Debtor's accounts from November 1, 2017 to the Petition Date;

b.      Copies of all credit card statements for any credit card account maintained by or used by the Debtor from November 1, 2017 to the Petition Date;

c.      Copies of all tax returns (including all schedules) for 2017 and 2019;

d.      Copies of any leases to which the Debtor was a party from November 1, 2017 to the Petition Date (including, but not limited to, real property leases), and any correspondence related to those leases;

e.      Copies of any disengagement letters, or any other correspondence regarding the withdrawal of representation by the Debtor, with regard to any case wherein the Debtor represented any party as of September 1, 2018;

f.      Copies of proof of delivery (e.g., FedEx receipts or certified mail receipts) for correspondence referenced in paragraph (e) herein.

2

3.     The Debtor and Manookian are directed to produce the documents listed in

Paragraph 2 to the Trustee's counsel at the following address:

> Phillip G. Young
> 6100 Tower Circle, Suite 200
> Franklin, Tennessee 37067.

---

This order was signed and entered electronically as indicated at the top of the first page.

---

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067
Tel: 615-465-6008
phillip@thompsonburton.com

*Special Counsel to Trustee*

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

3

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1

**Case No.:** 19-07235

**Case Name:** CUMMINGS MANOOKIAN, PLLC

**For Period Ending:** 03/31/2021

**Trustee Name:** (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):** 11/06/2019 (f)

**§ 341(a) Meeting Date:** 12/02/2019

**Claims Bar Date:** 04/01/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Accounts Receivable (See Footnote) | 70,000.00 | 0.00 | | 0.00 | FA |
| 2 | Office Equipment/ Furn (Debtor does not own any) | 0.00 | 0.00 | | 0.00 | FA |
| 3* | Costs due in various cases<br><br>There are cases where costs have been advanced in lawsuits contingent upon cases being successfully resolved but are presently unrealized due to the cases being pending without resolution. (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 4 | A/R Case BaHC<br><br>Potential Attorney Fees/Costs for confidential case Trustee | 0.00 | 11,680.64 | | 11,680.64 | FA |
| 5* | A/R Case BaHu<br><br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 6* | A/R Case BeLb<br><br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 7* | A/R Case BrRe<br><br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 8* | A/R Case DyVa<br><br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | A/R Case KnRi<br><br>Potential Attorney Fees/Costs for confidential case | 0.00 | 19,286.13 | | 19,286.13 | FA |
| 10* | A/R Case MiVa<br><br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 11 | A/R Case RuAr<br><br>Potential Attorney Fees/Costs for confidential case | 0.00 | 28,884.58 | | 28,884.58 | FA |
| 12* | A/R Case SaRo<br><br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 13* | A/R Case ShVa<br><br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 14 | A/R Case ThSi - Preference DE 56 (u)<br><br>Potential Attorney Fees/Costs for confidential case | 0.00 | 23,637.22 | | 23,637.22 | FA |
| 15* | A/R Case WaMo<br><br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 16* | A/R Case WhPa<br><br>Potential Attorney Fees/Costs for confidential case (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |

**Case No.:** 19-07235

**Case Name:** CUMMINGS MANOOKIAN, PLLC

**For Period Ending:** 03/31/2021

**Trustee Name:** (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):** 11/06/2019 (f)

**§ 341(a) Meeting Date:** 12/02/2019

**Claims Bar Date:** 04/01/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17* | A/R Case WoMi<br><br>Potential Attorney Fees/Costs for confidential case<br>(See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 18* | A/R Case FiOs  Adversary 320:ap-90002<br><br>Disputed Attorney Fees/Costs for confidential case<br>(See Footnote) | 1,400,000.00 | 1,400,000.00 | | 0.00 | 1,400,000.00 |
| 19 | A/R Case West MDL Settlement (u)<br><br>Fees/Costs for confidential case | 3,739.85 | 3,739.85 | | 3,739.85 | FA |
| **19** | **Assets Totals (Excluding unknown values)** | **$1,473,739.85** | **$1,487,233.42** | | **$87,228.42** | **$1,400,005.00** |

RE PROP# 1     See itemized individual receivable assets

RE PROP# 3     Each cost is part of the individually itemized receivable case assets

RE PROP# 5     CM will not receive fees in this case.

RE PROP# 6     Action is pending but not yet resolved.  Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered.

RE PROP# 7     Action is pending but not yet resolved.  Accordingly, Trustee has shown a value of $1.00 to  indicate the asset is being administered.

RE PROP# 8     CM will not receive fees in this case.

RE PROP# 10    Action is pending but not yet resolved.  Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered.

RE PROP# 12    CM will not receive fees in this case.

RE PROP# 13    Action is pending but not yet resolved.  Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered.

RE PROP# 15    Action is pending but not yet resolved.  Accordingly, Trustee has shown a value of $1.00 to indicate the asset is being administered.

RE PROP# 16    CM will not receive fees in this case.

RE PROP# 17    CM will not receive fees in this case.

RE PROP# 18    Case settled. Adversary 320-ap-90002  pending re dispute as to entittlement of fees. $715,000.00 of the fees ordered in escrow with Court.

Case No.: 19-07235

Case Name: CUMMINGS MANOOKIAN, PLLC

For Period Ending: 03/31/2021

Trustee Name: (620290) Jeanne Ann Burton

Date Filed (f) or Converted (c): 11/06/2019 (f)

§ 341(a) Meeting Date: 12/02/2019

Claims Bar Date: 04/01/2020

**Major Activities Affecting Case Closing:**

schedules are at DE 1,7,9 and 10
11/18/19-motion to employ P. Young filed
12/2/19- documents requested at the moc
12/3/19 e-mail to J. Lefkovitz re bank statements and credit card statements and documents requested at moc
12/9/19-objection to motion to employ P. Young filed; hearing is 12/17/19
12/10/19 attend hearing on TRO against Hagh Law in Lawrenceberg
12/11/19 review proposed TRO order
12/11/19 discuss witness and exhibit list with P. Young for motion to employ special counsel
12/13/19 t/c John Konvilinka re appeal-his name was given to me by debtor's counsel;e-mail to debtor's counsel re supplying info
12.13.19 t/c Charles Malone at Butler Snow re appeal-he represents the appellees
12/17/19 hearing on Motion to employ speical counsel- court took matter under advisement
12/20/19-order re: TE app to employ special counsel gives the TE until 12/24/19 to file supp. app and more info
12/21/19-supplement to app. of TE to employ special counsel filed
12/23/19-order granting application to employ Thompson Burton PLLC entered
12/23/19-B. Manookian filed request for leave to respond in opposition and objection to app. to employ Thompson Burton PLLC
12/23/19-prep of suggestion of bk in Ct. of Appeals
12/26/19-order denying B. Manookain request for leave to respond entered
1/2/2020-prep of suggestion of bk in Circuit Ct (mail)
1/2/2020-send demand letter to A. Hagh (to d/m case against Debtor)-reg and cert. mail
1/2/2020-file asset notice; last day to file claims is 4/1/2020
1/3/2020- review order from COA re oral arugument
1/8/2020-adversary complaint filed
1/8/2020-expedited motion/order for turnover of funds filed
1/9/2020-order setting hearing on motion for turnover of funds entered, deadline to object to the relief is 1/14/2020 at 4pm; hearing is scheduled for 1/15/2020 at 1:30pm
1/14/20-objection to expedited motion for turnover filed
1/14/20-NOA filed by John Spragens-attorney for Hagh Law
1/14/20-Plaintiff's reply to objection of Hagh Law PLLC filed
1/15/20-Hagh Law filed motion to strike Plaintiff's reply to objection
1/15/20-summons and notice of pretrial -pretrial is 3/10/20
1/15/20 attend hearing on motion for turnover of funds
1/16/20-order entered for turnover of funds-funds to be deposited with Bk Court Clerk by 11:59 pm 1/21/20; final hearing will be 2/5/20
1/17/20 review order re turnover of funds and setting final hearing
1/28/20-review poc filed by Grant Konvlinka-based on default judgment
1/28/20-motion to compel turnover of records filed; hearing is 2/11/20 (responses due by 2/7/20)
1/31/20-prep and file motion for sanctions for violation of automatic stay-Hagh Law/Afsoon Hagh
1/31/20-review NOA filed by Craig Gabbert (had returned earlier phone call)
2/3/20 -phone call with C. Gabbert, atty for Ms. Hagh and Hagh Law
2/3/20-hearing on motion for turnover of records rescheduled to 2/18/20
2/3/20-hearing on motion for sanctions is 2/18/20
2/6/20-order on expedited motion for turnover of funds sumbitted (Clerk to continue to hold the $715,000)
2/7/20-response to motion to compel filed by B. Mannokian and S. Lefkovitz
2/7/20-proposed a/o submitted re: complaint in Circuit Court dismissed and motion for sanctions is moot
2/11/20-hearing on motion to compel turnover of records continued to 3/3/20
2/24/20-motion for entry of default against defendants in adversary was filed
2/24/20-entry of default entered in the adversary
3/3/20-hearing on motion to compel continued to March 24, 2020
3/3/20-motion to continue pretrial conference in adversary to March 24, 2020 filed
3/4/20 consult with L. Williams re any requirment to file 2019 return-no requirement
3/10/20-agreed order for turnover of monies held by Receiver filed
3/13/20-prep of motion to employ Accountant

**Case No.:** 19-07235

**Case Name:** CUMMINGS MANOOKIAN, PLLC

**For Period Ending:** 03/31/2021

**Trustee Name:** (620290) Jeanne Ann Burton

**Date Filed (f) or Converted (c):** 11/06/2019 (f)

**§ 341(a) Meeting Date:** 12/02/2019

**Claims Bar Date:** 04/01/2020

3/16/20 answers filed in adv proceeding; entry of default will be withdrawn
3/17/20 hearing on motion for turnover will be continued to 4/21/20; pretrial continued also
4/1/20 e-mail to D. Puryear re order for turnover for funds
4/7/20-file order to employ Accountant-had wrong effective date on it
4/7/20-filed amended order to employ Accountant
4/14/20-motion to continue hearing on motion to compel  and adversary pretrial conference filed
4/15/20-order continuing hearings to May 19 at 10:15 am entered
4/25/20-motion to approve fee/expense division filed
5/15/20-motion to continue hearing on turnover of records and motion to continue pretrial in adv. filed
5/18/20-order to continue hearing on turnover and pretrial to June 30, 2020 entered
518/20-objection to motion to approve fee and expense division filed; hearing is scheduled for 5/26/20 at 10 am
5/22/20-motion to cont. hearing on motion to approve fee/expense division filed; expedited order submitted
5/26/20-order to cont. hearing on motion to approve fee/expense division entered-hearing will be 6/9/20
6/9/20-order approving fee and expense division among Debtor and Cummings Law filed
6/29/20-motion and expedited order to continue hearing on motion to compel turnover filed
6/29/20-order to continue hearing entered; hearing is 8/18/20 at 10:15 am (Telephonic)
8/17/20-joint pretrial statement filed in adv. 20-90002
8/19/20-adv pretrial has been continued to 1/12/2021 at 10:15 am
8/19/20-order compelling turnover of documents entered
9/3/20-review e-mail and phone call with P. Young re document production
9/28/20- follow up with P. Young re documents and written discovery
10/30/20-prep of notice of status of bk case to be filed in Ct. of Appeals
11/9/20-e-mail to P.  Young re written discovery
11/23/20 review draft of written discovery
12/16/20 review e-mail from P. Young responding to requests for additional time to respond to written discovery
1/12/21 pretrial conference has been continued for 90 days; written discovery is outstanding
2/1/21 review discovery responses and requests; t/c P. Young
2/24/21-pretrial conference rescheduled for 4/16/21
2/25/21 responses for request for admissions sent to Mr. Spragens
3/2/21-email and mailed to P. Young-  plaintiff's responses to first and second set of written discovery
3/3/21-motion for stay of all discovery; hearing is 4/7/21 at 11am
3/12/21-prep of letter to BK Clerk for certified copies
3/17/21-t/c S. Lefkovitz re funds collected in state court receivership
3/28/21- response to motion to stay filed
4/2/21- discuss tax filing requirements with L.Williams
4/2/21- t/c P. Young re upcoming hearing on motion to stay discovery in adversary proceeding
4/7/21-motion to stay discovery is granted in part; discovery is stayed at least through 5/26/21.  Hearing set for 5/26/21
4/7/21-pretrial conference continued to 5/26/21

**Initial Projected Date Of Final Report (TFR):** 12/31/2020          **Current Projected Date Of Final Report (TFR):** 03/31/2022

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:                  )
                         )

**Cummings Manookian, PLLC**     )     CASE NO. **319-07235-CW-7**
                         )     Chapter 7
         Debtor(s)     )     Judge Walker

---

THE DEADLINE FOR FILING A TIMELY RESPONSE IS:   June 17, 2021
IF A RESPONSE IS TIMELY FILED, A HEARING WILL BE:   June 25, 2021, 11:00a.m.,
By AT & T conference line number 1-888-363-4749; Access Code 7250422#

### NOTICE OF CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM NUMBER 3 FILED BY NORTH, PURSELL & RAMOS, PLC, ON BEHALF OF FAMILY MEDICAL ASSOCIATES, a/k/a FAMILY MEDICAL, P.C

Jeanne Ann Burton, Trustee, has asked the court for the following: order to disallow claim number 3.

         **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response, answer, or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE, ANSWER OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>.**

If you need assistance with Electronic Filing, you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 a.m. - 4:00 p.m.).

2.      **Your response should state the deadline for filing responses, the date of the scheduled hearing is and the motion to which you are responding.**

If a response is filed before the deadline stated above, a hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the original of the attached order granting that relief.

Date: **5/18/2021**

                               **/s/ Jeanne Ann Burton**
                               Jeanne Ann Burton
                               Jeanne Ann Burton, PLLC
                               Attorneys for Trustee
                               4117 Hillsboro Pike, Ste 103-116
                               Nashville, TN 37215
                               (615) 678-6960
                               jeanne.burton@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                          )
Cummings Manookian, PLLC                        ) CASE No. 319-07235-CW-7
     Debtor(s)                                ) CHAPTER  7
                                                ) JUDGE   Walker

## CHAPTER 7 TRUSTEE'S OBJECTION TO  CLAIM NUMBER 3 FILED BY NORTH, PURSELL & RAMOS, PLC, ON BEHALF OF FAMILY MEDICAL ASSOCIATES, a/k/a FAMILY MEDICAL, P.C.

      Jeanne Ann Burton, Trustee, by and through counsel, respectfully represents the following to the Court:

     1.   This Chapter 7 case was filed on November 6, 2019.  The Trustee was appointed as the Chapter 7 Trustee and is duly qualified.

     2.   Claim 3 as amended by Claim 3-2 and Claim 3-3 (collectively the "Claim"), filed by North, Pursell & Ramos, PLC, on behalf of Family Medical Associates, a/k/a Family Medical, P.C., was filed as a secured claim.  The basis for the claim is a Charging Order which subjected all financial interests of Brian Manookian in the Debtor to the satisfaction of a judgment against Brian Manookian, individually. The Claim does not represent a debt of the Debtor and should be disallowed.  The Trustee recognizes and acknowledges the Charging Order and will honor said obligation if there is a surplus in this case.

     3.   Pursuant to B.R. 3007 and L.B.R. 3007-1, the declaration regarding statement of the basis for disallowance of a claim is attached hereto and made a part hereof.

     4.   Pursuant to B.R. 3007 and L.B.R. 3007-1, notice of this Motion shall be mailed to the Claimant, giving Claimant 30 days to file an objection hereto.

     **WHEREFORE, THE TRUSTEE PRAYS** for the entry of an order sustaining Trustee's objection and disallowing Claim Number 3, and for such other relief as is necessary and appropriate.


DATED: 5/18/2021

                                 Respectfully submitted,
                                 JEANNE ANN BURTON, PLLC

                               **/s/ Jeanne Ann  Burton**
                               Jeanne Ann Burton
                               4117 Hillsboro Pike, Ste 103-116
                               Nashville, Tennessee 37215
                               (615) 678-6960
                               jeanne.burton@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the NOTICE, OBJECTION and PROPOSED ORDER was either mailed electronically or by U.S. mail, postage prepaid, this 18th day of May, 2021, to the United States Trustee, to the Debtor, to the Debtor's attorney and to all creditors as listed on the matrix attached to the original of this pleading on file with the Clerk of the Court.

**/s/ Jeanne Ann Burton**
Jeanne Ann Burton

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
Cummings Manookian, PLLC ) CASE No. 319-07235-CW-7
    Debtor(s) ) CHAPTER 7
) JUDGE  Walker

### PROPOSED ORDER DISALLOWING CLAIM NUMBER 3 FILED BY NORTH, PURSELL & RAMOS, PLC, ON BEHALF OF FAMILY MEDICAL ASSOCIATES, a/k/a FAMILY MEDICAL, P.C.

Upon the Motion of Jeanne Ann Burton, Trustee,  objecting to Claim Number 3 ; thirty (30) days notice having been given pursuant to L.B.R. 9013-1 and L.B.R. 3007-1, and no  objections having been filed;

**IT IS HEREBY ORDERED** that Claim Number 3 in this case shall be disallowed.

**IT IS FURTHER ORDERED** that this order is deemed a final determination as to the disallowance of Claim Number 3.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted for entry:
JEANNE ANN BURTON, PLLC

/s/ Jeanne Ann Burton
Jeanne Ann Burton
4117 Hillsboro Pike, Ste 103-116
Nashville, Tennessee 37215
(615) 678-6960
jeanne.burton@comcast.net

385

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| Cummings Manookian, PLLC | ) | CASE NO. 319-07235-CW-7 |
| | ) | CHAPTER 7 |
| | ) | JUDGE Walker |
| Debtor(s) | ) | |

## DECLARATION OF JEANNE ANN BURTON, TRUSTEE IN SUPPORT OF OBJECTION TO CLAIM NUMBER 3 FILED BY NORTH, PURSELL & RAMOS, PLC, ON BEHALF OF FAMILY MEDICAL ASSOCIATES, a/k/a FAMILY MEDICAL, P.C.

Comes now Jeanne Ann Burton, Trustee, and declares as follows:

1.     I am the duly appointed Chapter 7 Trustee in the case of Cummings Manookian, PLLC, Case No. 319-07235-CW-7, pending in the United States Bankruptcy Court for the Middle District of Tennessee.

2.     In my capacity as Chapter 7 Trustee, I have examined all proofs of claim filed in the case.

3.     My review indicates that Claim 3 as amended by Claim 3-2 and Claim 3-3 (collectively the "Claim"), filed by North, Pursell & Ramos, PLC, on behalf of Family Medical Associates, a/k/a Family Medical, P.C. was filed as a secured claim.  The basis for the Claim is a Charging Order which subjected all financial interests of Brian Manookian in the Debtor to the satisfaction of a judgment against Brian Manookian, individually.  The Claim does not represent a debt of the Debtor and should be disallowed.

Under penalty of perjury, I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dates this 18th day of May, 2021

/s/ Jeanne Ann Burton, Trustee
JEANNE ANN BURTON, TRUSTEE

386

CUMMINGS MANOOKIAN, PLLC
c/o Brian Manookian
45 Music Square West
NASHVILLE, TN 37203-3205

Steven L. Lefkovits
Lefkovitz and Lefkovitz, PLLC
618 Church St., Ste 410
NASHVILLE, TN 37219-2452

Dean Chase, Sandra Chase and D.F. Chase, Inc
c/o Daniel H. Puryear
104 Woodmont Blvd-Ste 201
Nashville, TN 37205-2245

GRANT KONVALINKA & HARRISON, P.C.
c/o Harry R. Cash
633 Chestnut St., Ste 900
CHATTANOOGA, TN 37450-0900

George Robertson, M.D .and Family Medical Associates
c/o Phillip North, Noth Pursell & Ramos, PLLC
414 Union Street
Nashville, TN 37219-1783

Toby Smith, M.D. and Middle TN Pulmonary
c/o Phillip North, North Pursell & Ramos, PLLC
414 Union St., Ste 1850
Nashville, TN 37219-1783

Afsoon Hagh and Hagh Law, PLLC
c/o Craig V. Gabbert, Jr. and Glen B. Rose, Bass,
Berry & Sims PLC
150 Third Ave. S., Ste. 2800
Nashville, TN 37201

Ronette Leal McCarthy, Esq
c/o Lynne B. Xerras, Esq.
Holland & Knight LLP, 10 St. James Ave.
Boston, MA 02116

InsBank
Philip Fons, EVP & CCO
2106 Crestmoor Rd
Nashville, TN 37215

Megan Seliber
Office of UST
701 Broadway, Ste 318
Nashville, TN 37203

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Cummings Manookian, PLLC** | ) | CASE NO. **319-07235-CW-7** |
| | ) | Chapter 7 |
| Debtor(s) | ) | Judge Walker |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:   June 17, 2021**
**IF A RESPONSE IS TIMELY FILED, A HEARING WILL BE:  June 25, 2021, 11:00a.m.,**
**By AT & T conference line number 1-888-363-4749; Access Code 7250422#**

### NOTICE OF CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM NUMBER 4 FILED BY NORTH, PURSELL & RAMOS, PLC, ON BEHALF OF TOBY SMITH, M.D. AND MIDDLE TN PULMONARY ASSOC.

Jeanne Ann Burton, Trustee, has asked the court for the following: order to disallow claim number 4.


**YOUR RIGHTS MAY BE AFFECTED.**  If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1.  File with the court your response, answer, or objection explaining your position.  **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING.  ANY RESPONSE, ANSWER OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY.  TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>.**

If you need assistance with Electronic Filing, you may call the Bankruptcy Court at (615) 736-5584.  You may also visit the Bankruptcy court in person at: 701 Broadway, 1ˢᵗ Floor, Nashville, TN (Monday - Friday, 8:00 a.m. - 4:00 p.m.).

2.     **Your response should state  the deadline for filing responses, the date of the scheduled hearing is and the motion to which you are responding.**


If a response is filed before the deadline stated above, a hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by calling the Clerk's office at 615-736-5584 or viewing the case on the Court's website at **<https://ecf.tnmb.uscourts.gov>.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the original of the attached order granting that relief.

Date: **5/18/2021**

> **/s/ Jeanne Ann Burton**
> Jeanne Ann Burton
> Jeanne Ann Burton, PLLC
> Attorneys for Trustee
> 4117 Hillsboro Pike, Ste 103-116
> Nashville, TN 37215
> (615) 678-6960
> jeanne.burton@comcast.net

388

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                            )

Cummings Manookian, PLLC     ) CASE No. 319-07235-CW-7

       Debtor(s)                ) CHAPTER 7

                            ) JUDGE Walker

## CHAPTER 7 TRUSTEE'S OBJECTION TO CLAIM NUMBER 4 FILED BY NORTH, PURSELL & RAMOS, PLC, ON BEHALF OF TOBY SMITH, M.D. AND MIDDLE TN PULMONARY ASSOC.

Jeanne Ann Burton, Trustee, by and through counsel, respectfully represents the following to the Court:

1.    This Chapter 7 case was filed on November 6, 2019. The Trustee was appointed as the Chapter 7 Trustee and is duly qualified.

2.    Claim 4 as amended by Claim 4-2 (collectively "The Claim"), filed by North, Pursell & Ramos, PLC, on behalf of Toby Smith, M.D. and Middle TN Pulmonary Assoc., was filed as a secured claim. The basis for the claim is a Charging Order which subjected all financial interests of Brian Manookian in the Debtor to the satisfaction of a judgment against Brian Manookian, individually. The Claim does not represent a debt of the Debtor and should be disallowed. The Trustee recognizes and acknowledges the Charging Order and will honor said obligation if there is a surplus in this case.

3.    Pursuant to B.R. 3007 and L.B.R. 3007-1, the declaration regarding statement of the basis for disallowance of a claim is attached hereto and made a part hereof.

4.    Pursuant to B.R. 3007 and L.B.R. 3007-1, notice of this Motion shall be mailed to the Claimant, giving the Claimant 30 days to file an objection hereto.

**WHEREFORE, THE TRUSTEE PRAYS** for the entry of an order sustaining Trustee's objection and disallowing Claim Number 4, and for such other relief as is necessary and appropriate.

**DATED: 5/18/2021**

                                   Respectfully submitted,
                                   JEANNE ANN BURTON, PLLC

                                   **/s/ Jeanne Ann Burton**
                                   Jeanne Ann Burton
                                   4117 Hillsboro Pike, Ste 103-116
                                   Nashville, Tennessee 37215
                                   (615) 678-6960
                                   jeanne.burton@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the NOTICE, OBJECTION and PROPOSED ORDER was either mailed electronically or by U.S. mail, postage prepaid, this 18th day of May, 2021 to the United States Trustee, to the Debtor, to the Debtor's attorney and to all creditors listed on the matrix attached to the original of this pleading on file with the Clerk of the Court.

**/s/ Jeanne Ann Burton**
Jeanne Ann Burton

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                      )

Cummings Manookian, PLLC    ) CASE No. 319-07235-CW-7

      Debtor(s)           ) CHAPTER 7

                      ) JUDGE  Walker

## PROPOSED ORDER DISALLOWING CLAIM NUMBER 4 FILED BY NORTH, PURSELL & RAMOS, PLC, ON BEHALF OF TOBY SMITH, M.D. AND MIDDLE TN PULMONARY ASSOC.

Upon the Motion of Jeanne Ann Burton, Trustee, objecting to Claim Number 4 ; thirty (30) days notice having been given pursuant to L.B.R. 9013-1 and L.B.R. 3007-1, and no objections having been filed;

**IT IS HEREBY ORDERED** that Claim Number 4 in this case shall be disallowed.

**IT IS FURTHER ORDERED** that this order is deemed a final determination as to the disallowance of Claim Number 4.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted for entry:
JEANNE ANN BURTON, PLLC

/s/ Jeanne Ann Burton
Jeanne Ann Burton
4117 Hillsboro Pike, Ste 103-116
Nashville, Tennessee 37215
(615) 678-6960
jeanne.burton@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
Cummings Manookian, PLLC          )    CASE NO. 319-07235-CW-7
                                     )    CHAPTER 7
                                     )    JUDGE Walker
        Debtor(s)               )

## DECLARATION OF JEANNE ANN BURTON, TRUSTEE IN SUPPORT OF OBJECTION TO CLAIM NUMBER 4 FILED BY NORTH, PURSELL & RAMOS, PLC, ON BEHALF OF TOBY SMITH, M.D. AND MIDDLE TN PULMONARY ASSOC.

Comes now Jeanne Ann Burton, Trustee, and declares as follows:

1.   I am the duly appointed Chapter 7 Trustee in the case of Cummings Manookian, PLLC, Case No. 319-07235-CW-7, pending in the United States Bankruptcy Court for the Middle District of Tennessee.

2.   In my capacity as Chapter 7 Trustee, I have examined all proofs of claim filed in the case.

3.   My review indicates that Claim 4 as amended by Claim 4-2 (collectively the "Claim"), filed by North, Pursell & Ramos, PLC, on behalf of Toby Smith, M.D. and Middle TN Pulmonary Assoc., was filed as a secured claim. The basis for the Claim is a Charging Order which subjected all financial interests of Brian Manookian in the Debtor to the satisfaction of a judgment against Brian Manookian, individually. The Claim does not represent a debt of the Debtor and should be disallowed.

Under penalty of perjury, I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 18th day of May, 2021.

/s/ Jeanne Ann Burton, Trustee
JEANNE ANN BURTON, TRUSTEE

CUMMINGS MANOOKIAN, PLLC
c/o Brian Manookian
45 Music Square West
NASHVILLE, TN 37203-3205

Steven L. Lefkovits
Lefkovitz and Lefkovitz, PLLC
618 Church St., Ste 410
NASHVILLE, TN 37219-2452

Dean Chase, Sandra Chase and D.F. Chase, Inc
c/o Daniel H. Puryear
104 Woodmont Blvd-Ste 201
Nashville, TN 37205-2245

GRANT KONVALINKA & HARRISON, P.C.
c/o Harry R. Cash
633 Chestnut St., Ste 900
CHATTANOOGA, TN 37450-0900

George Robertson, M.D .and Family Medical Associates
c/o Phillip North, Noth Pursell & Ramos, PLLC
414 Union Street
Nashville, TN 37219-1783

Toby Smith, M.D. and Middle TN Pulmonary
c/o Phillip North, North Pursell & Ramos, PLLC
414 Union St., Ste 1850
Nashville, TN 37219-1783

Afsoon Hagh and Hagh Law, PLLC
c/o Craig V. Gabbert, Jr. and Glen B. Rose, Bass,
Berry & Sims PLC
150 Third Ave. S., Ste. 2800
Nashville, TN 37201

Ronette Leal McCarthy, Esq
c/o Lynne B. Xerras, Esq.
Holland & Knight LLP, 10 St. James Ave.
Boston, MA 02116

InsBank
Philip Fons, EVP & CCO
2106 Crestmoor Rd
Nashville, TN 37215

Megan Seliber
Office of UST
701 Broadway, Ste 318
Nashville, TN 37203