# UNITED STATES BANKRUPTCY COURT
## - MIDDLE DISTRICT OF TENNESSEE -

### AUDIO CD REQUEST FORM

Please complete one form for each trial or hearing, attach payment (search fee only), and deliver to Clerk's office at 701 BROADWAY, ROOM 170, NASHVILLE, TN 37203 or file electronically through CM/ECF.

| | |
|---|---|
| **1. NAME OF PARTY REQUESTING CD**<br>Hagh Law, PLLC | **2. DATE OF ORDER**<br>03/18/2022 |
| **3. EMAIL ADDRESS**<br>stacia@spragenslaw.com | **4. PHONE NUMBER**<br>(615) 379-7782 |

**5. MAILING ADDRESS**

Spragens Law PLC
311 22nd Ave N
Nashville, TN 37203

| **6. CASE NUMBER**<br>3:20-ap-90002 | **7. CASE NAME**<br>Burton v. Hagh Law PLLC et al | **8. JUDGE**<br>Walker |
|---|---|---|

**9. DATE(S) OF HEARING/TRIAL** (If hearing/trial was on multiple days, please fill in all days hearing/trial held)

From __March 17, 2022__ to _____

**10. ORDER IS FOR**
☐ APPEAL  ☑ BANKRUPTCY  ☐ ADVERSARY
☐ OTHER:_____

**11. NUMBER OF COPIES REQUESTED** __1__
(Note: Complete one copy of this form for each hearing/trial date requested.)

**12. PICK-UP/DELIVERY**
Requesting Party:
☐ Will wait while the audio CD is prepared.
☑ Will return to pick-up the audio CD.
☐ Has provided a self-addressed, postage-paid mailing envelope.

| FOR COURT USE ONLY | DATE | BY | CD PICKED-UP OR DELIVERED TO: | |
|---|---|---|---|---|
| ORDER RECEIVED BY INTAKE | | | INITIALS | |
| SEARCH FEE PAID | | | DATE | |
| CD CREATED/DELIVERED | | | | |

# AUDIO CD REQUEST FORM

Please complete one form for each trial or hearing, attach payment (search fee only),
and deliver to Clerk's office at 701 BROADWAY, ROOM 170, NASHVILLE, TN 37203
or file electronically through CM/ECF.

| 1. NAME OF PARTY REQUESTING CD | 2. DATE OF ORDER |
|---|---|
| Hagh Law, PLLC | 03/18/2022 |

| 3. EMAIL ADDRESS | 4. PHONE NUMBER |
|---|---|
| stacia@spragenslaw.com | (615) 379-7782 |

**5. MAILING ADDRESS**

Spragens Law PLC
311 22nd Ave N
Nashville, TN 37203

| 6. CASE NUMBER | 7. CASE NAME | 8. JUDGE |
|---|---|---|
| 3:20-ap-90002 | Burton v. Hagh Law PLLC et al | Walker |

**9. DATE(S) OF HEARING/TRIAL** (If hearing/trial was on multiple days, please fill in all days hearing/trial held)

From __March 17, 2022__ to _____

**10. ORDER IS FOR**
☐ APPEAL  ☑ BANKRUPTCY  ☐ ADVERSARY
☐ OTHER:_____

**11. NUMBER OF COPIES REQUESTED** __1__
(Note: Complete one copy of this form for each hearing/trial date requested.)

**12. PICK-UP/DELIVERY**
Requesting Party:
☐ Will wait while the audio CD is prepared.
☑ Will return to pick-up the audio CD.
☐ Has provided a self-addressed, postage-paid mailing envelope.

| FOR COURT USE ONLY | DATE | BY | CD PICKED-UP OR DELIVERED TO: | |
|---|---|---|---|---|
| ORDER RECEIVED BY INTAKE | | | INITIALS | |
| SEARCH FEE PAID | | | DATE | |
| CD CREATED/DELIVERED | | | | |