**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **BRETTON KEEFER and** | ) | |
| **AFSOON HAGH,** | ) | |
| | ) | |
| **Appellants,** | ) | **Case No. 3:23-cv-00961** |
| | ) | **Bankr. Case No. 3:19-bk-07235** |
| **v.** | ) | **Adv. Pro. No. 3:23-ap-90036** |
| | ) | |
| **BRIAN CUMMINGS and CUMMINGS** | ) | **Judge Aleta A. Trauger** |
| **MANOOKIAN, PLLC,** | ) | |
| | ) | |
| **Appellees.** | ) | |

---

## NOTICE OF APPEAL

---

Bretton Keefer and Afsoon Hagh give notice of their appeal to the United States Court of Appeals for the Sixth Circuit from the Order entered on June 17, 2024 (Doc. No. 18), denying Appellants' request for oral argument and affirming the Bankruptcy Court's denial of the Motion to Dismiss.

Date: July 1, 2024

Respectfully submitted,

John Spragens (TN Bar No. 31445)
Spragens Law, PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for the Appellants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed July 1, 2024, and served electronically upon all parties in interest or their counsel as indicated on the receipt issued by the Court's electronic filing system, specifically:

Phillip G. Young , Jr.
Thompson Burton PLLC
1801 West End Avenue Suite 1550
Nashville, TN 37203
(615) 465-6008
Fax: (615) 807-3048
Email: phillip@thompsonburton.com

*Counsel for Appellee Jeanne Ann Burton, Trustee*

Elizabeth S. Tipping
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
Email: etipping@nealharwell.com

*Attorney for Appellee Brian Cummings*

John Spragens