**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 03, 2024

Jay Robert Lefkovitz
Lefkovitz & Lefkovitz
618 Church Street
Suite 410
Nashville, TN 37219

Mr. John Tate Spragens
Spragens Law
311 22nd Avenue, N.
Nashville, TN 37203

Ms. Elizabeth Sara Tipping
Neal & Harwell
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203

Re: Case No. 24-5606, *Brian Cummings, et al v. Bretton Keefer, et al*
Originating Case No.: 3:23-cv-00961 : 3:19-bk-07235 : 3:23-ap-90036

Dear Counsel,

   This appeal has been docketed as case number **24-5606** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   The following case opening items should be docketed with the Clerk's office by **July 17, 2024**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient

space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|            |                                                                |
|------------|----------------------------------------------------------------|
| Appellant: | Appearance of Counsel                                          |
|            | Civil Appeal Statement of Parties & Issues                     |
|            | Disclosure of Corporate Affiliations (if applicable)           |
|            | Application for Admission to 6th Circuit Bar (if applicable)   |
|            |                                                                |
| Appellee:  | Appearance of Counsel                                          |
|            | Disclosure of Corporate Affiliations (if applicable)           |
|            | Application for Admission to 6th Circuit Bar (if applicable)   |

If appellant's case opening items are not timely filed, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-5606

In re: CUMMINGS MANOOKIAN, PLLC

    Debtor

-------------------------------

BRIAN CUMMINGS; CUMMINGS MANOOKIAN, PLLC

    Plaintiffs - Appellees

v.

BRETTON KEEFER; AFSOON HAGH

    Defendants - Appellants