**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **BRETTON KEEFER and** | ) | |
| **AFSOON HAGH,** | ) | |
| | ) | |
| **Appellants,** | ) | **Case No. 3:23-cv-00961** |
| | ) | **Bankr. Case No. 3:19-bk-07235** |
| **v.** | ) | **Adv. Pro. No. 3:23-ap-90036** |
| | ) | |
| **BRIAN CUMMINGS and CUMMINGS** | ) | **Judge Aleta A. Trauger** |
| **MANOOKIAN, PLLC,** | ) | |
| | ) | **USCA Case No. 24-5606** |
| **Appellees.** | ) | |

---

**APPELLANTS BRETTON KEEFER AND AFSOON HAGH'S STATEMENT OF THE ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN APPELLATE RECORD**

---

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B)(i) and Federal Rule of Bankruptcy Procedure 8009, Appellants Bretton Keefer and Afsoon Hagh ("Appellants") hereby file this Statement of the Issues to be Presented and Designation of Items to be Included in Appellate Record.

**I.     Issues To Be Presented**

Whether the Bankruptcy Court erred in its June 17, 2024 Order (Doc. No. 18) which (1) denied Appellants' request for oral argument; and (2) affirmed the Bankruptcy Court's September 2023 Order (Adv. Pro. No. 20) denying the Motion to Dismiss and declining to compel arbitration.

**II.     Designation of Items To Be Included in Appellate Record**

The appellate record consists of the following:

- All docket entries in the District Court appeal (No. 3:23-cv-00961), specifically including docket entries 12, 17, and 18.

- All docket entries in the bankruptcy proceeding (No. 3:19-bk-07235), related adversary proceeding (No. 3:20-ap-90002), and related adversary proceeding (No. 3:23-ap-90036) specifically including docket entries 9, 12, 20, and all attachments thereto.

- Transcript of August 30, 2023 adversary proceeding hearing on motion to dismiss.

Date: July 17, 2024

Respectfully submitted,

*/s/ John Spragens*
John Spragens (TN Bar No. 31445)
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
T: (615) 983-8900
F: (615) 682-8533
john@spragenslaw.com

*Attorney for Appellants*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that the foregoing Statement of the Issues to be Presented and Designation of Items to be Included in Appellate Record was filed July 17, 2024, and served electronically upon the following parties in interest as indicated on the receipt issued by the Court's electronic filing system:

Phillip G. Young , Jr.
Thompson Burton PLLC
1801 West End Avenue Suite 1550
Nashville, TN 37203
(615) 465-6008
Fax: (615) 807-3048
Email: phillip@thompsonburton.com

*Counsel for Appellee Jeanne Ann Burton, Trustee*

Elizabeth S. Tipping
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
Email: etipping@nealharwell.com

*Attorney for Appellee Brian Cummings*

*/s/ John Spragens*