# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| BRETTON KEEFER and AFSOON HAGH, ) <br> ) <br> Appellants ) <br> ) <br> v. ) <br> ) <br> BRIAN CUMMINGS and CUMMINGS ) <br> MANOOKIAN, PLLC, ) <br> ) <br> Appellee. ) | Case No: 3:23-cv-00961 <br> Judge Aleta A. Trauger |

## APPELLEES BRIAN CUMMINGS AND CHAPTER 7 TRUSTEE, JEANNE ANN BURTON'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Comes now, Appellees Brian Cummings and Jeanne Ann Burton, Chapter 7 Trustee in this matter, and hereby designates the following additional items to be included in the record on Afsoon Hagh and Bretton Keefer's appeal of the Distric Court's Memorandum and Order (Doc. 18) entered in the above captioned case on June 17, 2024.

## DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| Case No. | Date | Docket No. | Description |
|---|---|---|---|
| 20-ap-90002 | 1/8/20 | 1 | Complaint |
| 23-ap-90036 | 3/13/23 | 1 | Removal Order with Attachments |
| 23-ap-90036 | 3/20/23 | 5 | Notice of Removal and Record |
| 23-ap-90036 | 5/4/23 | 9 | Motion to Dismiss Adversary Proceeding |
| 23-ap-90036 | 5/25/23 | 10 | Order Scheduling Evidentiary Hearing |
| 23-ap-90036 | 9/6/23 | 20 | Order Denying Motion to Dismiss Adversary Proceeding |
| 23-cv-00961 | 12/21/23 | 13 | Trustee's Appellee Brief |
| 23-cv-00961 | 12/22/23 | 14 | Brian Cummings' Appellee Brief |

Dated this 23rd of July, 2024.

Respectfully submitted,

/s/ Phillip G. Young, Jr.
Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
615-465-6008
phillip@thompsonburton.com

Special Counsel for Chapter 7 Trustee


/s/ Elizabeth S. Tipping
Elizabeth S. Tipping
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
615-244-1713
etipping@nealharwell.com

Counsel for Brian Cummings

CERTIFICATE OF SERVICE

The undersigned certifies that this pleading base been served electronically on this 23rd day of July, 2024, to all persons with electronic filing privileges in this case, including John Spragens, counsel for the Appellant.

/s/ Phillip G. Young
Phillip G. Young